

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EL CAMPO VENTURES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-560-RP |
| STRATTON SECURITIES, INC., et al., | § § § | |
| Defendants. | § | |

### VERDICT FORM

### QUESTION NO. 1

Did Defendant Stratton Securities, Inc. fail to comply with the Proceeds Sharing Agreement dated May 2, 2019?

In making this determination, consider whether Defendant Stratton Securities, Inc. waived the May 17, 2019 deadline in the Proceeds Sharing Agreement dated May 2, 2019.

To answer this question, refer to the Jury Instructions, including the Instructions regarding Compliance and Waiver.

Answer "Yes" or "No":

Answer: __Yes__

### QUESTION NO. 2

Answer the following question only if you answered "Yes" to Question No. 1. Otherwise, do not answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff El Campo Ventures, LLC for its damages that resulted from Defendant Stratton Securities, Inc.'s failure to comply with the Proceeds Sharing Agreement dated May 2, 2019?

Answer: $__4,095,300__

## QUESTION 3

Answer the following question only if you answered "Yes" to Question No. 1.

Otherwise, do not answer the following question.

Did Defendants convert any funds belonging to Plaintiff El Campo Ventures, LLC?

To answer this question, refer to the Jury Instructions, including the Instruction regarding Conversion.

Answer "Yes" or "No":

Answer: __NO__

## QUESTION 4

If you answered "Yes" to Question 3, then answer the following question.

Otherwise, do not answer the following question.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff El Campo Ventures, LLC for its damages, if any, that resulted from such conduct?

Answer: $ __n/a__

## QUESTION 5

Answer the following question only if you unanimously answered "Yes" to Question 4. Otherwise, do not answer the following question.

To answer "Yes" to any part of the following question, your answer must be unanimous.

Do you find by clear and convincing evidence that the harm to Plaintiff El Campo Ventures, LLC resulted from malice or fraud?

To answer this question, refer to the Jury Instructions, including the Instructions regarding Clear and Convincing Evidence, Malice, and Fraud.

Answer "Yes" or "No":

Malice: _____

Fraud: _____

## QUESTION 6

Answer the following question only if you unanimously answered "Yes" to Question 5. Otherwise, do not answer the following question.

To answer "Yes" to any part of the following question, your answer must be unanimous.

What sum of money, if any, if paid now in cash, should be assessed against Defendants and awarded to Plaintiff El Campo Ventures, LLC as exemplary damages, if any, for the conduct found in response to Question 5?

To answer this question, refer to the Jury Instructions, including the Instruction regarding Exemplary Damages.

Answer in dollars and cents, if any.

Stratton Securities, Inc.: $_____

Stratton Oilfield Systems Texas, LLC: $_____

Daniel Stratton: $_____

Shannon Stratton: $_____

SIGNED this 09 day of September, 2021.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002