IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EL CAMPO VENTURES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-560-RP |
| STRATTON SECURITIES, INC., et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

After a three-day jury trial, the jury in this case returned a verdict in favor of Plaintiff El Campo Ventures, LLC ("Plaintiff") on September 9, 2021. The jury found that Defendant Stratton Securities, Inc. failed to comply with the agreement in dispute and awarded damages to Plaintiff. (Jury Verdict, Dkt. 109). Accordingly, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Plaintiff. **IT IS FURTHER ORDERED** that Plaintiff is **AWARDED** damages in the amount of **$4,095,300**.

**IT IS FURTHER ORDERED** that any relief requested by any party not expressly granted is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **CLOSED**.

**IT IS FINALLY ORDERED** that Plaintiff may file a motion for reasonable attorneys' fees and a bill of costs, with supporting documentation, no later than fourteen days after the entry of final judgment, pursuant to Local Rules CV-7 and CV-54.

**SIGNED** on September 14, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE