AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
_____Date_____

the Clerk is requested to tax the following as costs:

Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .    _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . .    _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    _____

TOTAL    $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❏    Electronic service           ❏    First class mail, postage prepaid

❏    Other: _____

s/ Attorney: _____

Name of Attorney: *Poncho Nevárez* _____

For: _____    Date: _____
_____Name of Claiming Party_____

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                              *Deputy Clerk*                              *Date*

# United States District Court

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

## RULE 6

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

## RULE 58(e)

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Itemization of Costs**

Fees for service / subpoena

      Service / subpoena fees (John Baxter)            $295.00

      Service / subpoena fees (Sunflower Bank)      $159.50

Fees for transcripts

      Dan Gattis Deposition                     $990.65

      Rae Powell Deposition                    $1,138.65

      Luke Clardy Deposition                  $431.05

El Campo Ventures, LLC
Itemization of Costs

Fees for printed or electronically recorded transcrips
necessarily obtained for use in the case

|  |  |  |
|---|---|---|
| (Lexitas) | $ | 10,307.52 |
| (Patricia Salinas, CSR) | $ | 1,296.00 |
| (Complete Legal) | $ | 179.55 |
|  | $ | 11,783.07 |

Fees of the Clerk

| Dimmit County | $ | 1,020.92 |
|---|---|---|

Fees for service of summons and subpoena

| Eugenio Escobedo | $ | 625.00 |
|---|---|---|

| Total | $ | 13,428.99 |
|---|---|---|

3/17/2021

Lexitas.                                                                    **31,146.70

Thirty-One Thousand One Hundred Forty-Six and 70/100********************************************************************

Lexitas.
P.O. Box 734298
Dept. 2001
Dallas, TX 75373-4298

| | | |
|---|---|---|
| Lexitas. | 3/17/2021 | |
| Inv. # 587391, El Campo Ventures | | 2,797.50 |
| Inv. # 586768, El Campo Ventures | | 1,715.35 |
| Inv. #587391, El Campo Ventures | | 928.73 |
| Inv. # 586134, El Campo Ventures | | 1,466.89 |
| Inv.# 1120534 | | 614.08 |
| Inv.# 1120842 | | 669.90 |
| Inv.# 1120863 | | 669.90 |
| Inv.# 580054 | | 1,786.40 |
| Inv.# 580229 | | 1,339.80 |
| Inv.# 580284 | | 1,314.02 |
| Inv.# 580548 | | 832.50 |
| Inv.# 580893 | | 780.99 |
| Inv.# 580984 | | 750.39 |
| Inv.# 581373 | | 345.10 |
| Inv.# 582310 | | 1,349.95 |
| Inv.# 582711 | | 492.28 |
| Client Exp-Falcon Ban | | 31,146.70 |

| | | |
|---|---|---|
| Lexitas. | 3/17/2021 | |
| Inv. # 587391, El Campo Ventures | | 2,797.50 |
| Inv. # 586768, El Campo Ventures | | 1,715.35 |
| Inv. #587391, El Campo Ventures | | 928.73 |
| Inv. # 586134, El Campo Ventures | | 1,466.89 |
| Inv.# 1120534 | | 614.08 |
| Inv.# 1120842 | | 669.90 |
| Inv.# 1120863 | | 669.90 |
| Inv.# 580054 | | 1,786.40 |
| Inv.# 580229 | | 1,339.80 |
| Inv.# 580284 | | 1,314.02 |
| Inv.# 580548 | | 832.50 |
| Inv.# 580893 | | 780.99 |
| Inv.# 580984 | | 750.39 |
| Inv.# 581373 | | 345.10 |
| Inv.# 582310 | | 1,349.95 |
| Inv.# 582711 | | 492.28 |
| Client Exp-Falcon Ban | | 31,146.70 |

**NEVAREZ LAW GROUP, PC**
CLIENT EXPENSE ACCOUNT
780 E RIO GRANDE ST
EAGLE PASS, TEXAS 78852
(830) 776-7003

FALCON
INTERNATIONAL
BANK
Member FDIC
88-1580/1149

8121

9/28/2021

PAY TO THE
ORDER OF    Lexitas.                                                                              $ **3,399.05

Three Thousand Three Hundred Ninety-Nine and 05/100*************************************************    DOLLARS

Lexitas.
P.O. Box 734298
Dept. 2001
Dallas, TX 75373-4298

MEMO                                                                                    AUTHORIZED SIGNATURE

⑈008121⑈ ⑈114915803⑈ 5100014440⑈

---

**NEVAREZ LAW GROUP, PC**

8121

Lexitas.

| | 9/28/2021 | |
| Inv. # 1141550 , El Campo Ventures | | 907.11 |
| Inv. # 1110436, El Campo Ventures | | 645.90 |
| Inv. # 110426, El Campo Ventures | | 558.25 |
| Inv. # 1110439, El Campo Ventures | | 522.73 |
| Inv. # 1110423, El Campo Ventures | | 765.06 |

Client Exp-Falcon Ban                                                                    3,399.05

**NEVAREZ LAW GROUP, PC**

8121

Lexitas.

| | 9/28/2021 | |
| Inv. # 1141550 , El Campo Ventures | | 907.11 |
| Inv. # 1110436, El Campo Ventures | | 645.90 |
| Inv. # 110426, El Campo Ventures | | 558.25 |
| Inv. # 1110439, El Campo Ventures | | 522.73 |
| Inv. # 1110423, El Campo Ventures | | 765.06 |

Client Exp-Falcon Ban                                                                    3,399.05

PRODUCT SSLT103    USE WITH 91663 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

D72FAC  CHIKDK04  10/04/2019 05:57  -124-  PO

**LEXITAS**™

# Invoice

**Invoice No:** 1141550

**Invoice Date:** 4/6/2021
**Payment Terms:** Net 30

**Bill To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Case Name:**
El Campo Ventures, LLC vs. Stratton Securities, Inc., Stratton
Oilfield Systems Texas, LLC, et al In The United States
District Court/Western District of Texas San Antonio Division
Civil Action No. SA:20-CV-00469-DAE

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|-------|--------------|----------|----------|-----------|-------------|---------------|
| 2021-781449 | John Baxter | 3/4/2021 | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Transcript - Original | 87 | $456.75 |
| Exhibits Pages | 67 | $56.95 |
| Litigation Bundle | 1 | $110.00 |
| Reporter Attendance Hourly | 1.5 | $150.00 |
| Electronic Transcript Processing | 1 | $0.00 |
| Obtain Witness Signature/Filing Requirements | 1 | $50.00 |
| Legal View Connectivity | 1 | $50.00 |
| Copy of Media as Exhibit | 2 | $20.00 |



# Invoice

**Invoice No:** 1141550

**Invoice Date:** 4/6/2021
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

| | |
|---|---|
| **Subtotal:** | $893.70 |

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

| | |
|---|---|
| **Tax(0%):** | $0.00 |

**To pay this invoice by credit card:**
1) Visit **https://lexitaslegal.com/bill-pay**
2) Enter Job# 2021-781449

| | |
|---|---|
| **Total:** | $893.70 |
| **Payments and Credits:** | $0.00 |

**TAX ID 46-4363191**

| | |
|---|---|
| **Amount Due** | $893.70 |

1.5% finance charge per month on delinquent balances.

| | |
|---|---|
| **After 5/6/2021 Pay** | $907.11 |

Payment not contingent upon client reimbursement.

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767

 **LEXITAS**™

# Invoice

**Invoice No:** 1110436
**Invoice Date:** 1/18/2021
**Payment Terms:** Net 30

**Bill To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Case Name:**
El Campo Ventures, LLC vs. Stratton Securities, Inc., Stratton Oilfield Systems Texas, LLC Daniel Stratton, Shannon Stratton, Clay Signor, Signor Logistics, LLC, and Signor Farm and Ranch, LP In The United States District Court/Western District of Texas San Antonio Division Civil Action No. SA:20-CV-00469-DAE

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|---|---|---|---|---|---|---|
| 2020-766053 | Rileigh Knight | 12/11/2020 | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Minimum Transcript Fee | 1 | $400.00 |
| Exhibits Pages | 31 | $26.35 |
| Litigation Bundle | 1 | $110.00 |
| Reporter Attendance Hourly | 1 | $100.00 |
| Electronic Transcript Processing | 1 | $0.00 |

**Memo:**

**Sold To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit https://lexitaslegal.com/bill-pay
2) Enter Job# 2020-766053

**TAX ID 46-4363191**

1.5% finance charge per month on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $636.35 |
| **Tax(0%):** | $0.00 |
| **Total:** | $636.35 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $636.35 |
| **After 2/17/2021 Pay** | $645.90 |

 **LEXITAS**

# Invoice

**Invoice No:** 1110426

**Invoice Date:** 1/18/2021
**Payment Terms:** Net 30

**Bill To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Case Name:**
El Campo Ventures, LLC vs. Stratton Securities, Inc., Stratton Oilfield Systems Texas, LLC Daniel Stratton, Shannon Stratton, Clay Signor, Signor Logistics, LLC, and Signor Farm and Ranch, LP In The United States District Court/Western District of Texas San Antonio Division Civil Action No. SA:20-CV-00469-DAE

**Header:** Charges for Original Video Services for the Deposition of:

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|-------|--------------|----------|----------|-----------|-------------|---------------|
| 2020-766048 | Jeff Stratton | 12/11/2020 | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Video Electronic Processing | 1 | $75.00 |
| Video - NON- SYNC | 1 | $85.00 |
| Video Archive Support | 1 | $10.00 |
| Video Digital Masters | 1 | $20.00 |
| Video On-Site Hours | 3 | $360.00 |

**Memo:**

**Sold To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit https://lexitaslegal.com/bill-pay
2) Enter Job# 2020-766048

**TAX ID 46-4363191**

1.5% finance charge per month on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $550.00 |
| **Tax(0%):** | $0.00 |
| **Total:** | $550.00 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $550.00 |
| **After 2/17/2021 Pay** | $558.25 |



# Invoice

**Invoice No:** 1110439

**Invoice Date:** 1/18/2021
**Payment Terms:** Net 30

**Bill To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Case Name:**
El Campo Ventures, LLC vs. Stratton Securities, Inc., Stratton
Oilfield Systems Texas, LLC Daniel Stratton, Shannon
Stratton, Clay Signor, Signor Logistics, LLC, and Signor Farm
and Ranch, LP In The United States District Court/Western
District of Texas San Antonio Division Civil Action No. SA:20-
CV-00469-DAE

**Header:** Charges for Original Video Services for the Deposition of:

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|-------|--------------|----------|----------|-----------|-------------|---------------|
| 2020-766053 | Rileigh Knight | 12/11/2020 | | | | |

| Item | Quantity | Amount |
|------|----------|--------|
| Video Electronic Processing | 1 | $75.00 |
| Video - NON- SYNC | 2 | $170.00 |
| Video Archive Support | 1 | $10.00 |
| Video Digital Masters | 1 | $20.00 |
| Video On-Site Hours | 2 | $240.00 |

**Memo:**

**Sold To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://lexitaslegal.com/bill-pay**
2) Enter Job# 2020-766053

**TAX ID 46-4363191**

1.5% finance charge per month on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $515.00 |
| **Tax(0%):** | $0.00 |
| **Total:** | $515.00 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $515.00 |
| **After 2/17/2021 Pay** | $522.73 |



# Invoice

**Invoice No:** 1110423

**Invoice Date:** 1/18/2021
**Payment Terms:** Net 30

**Bill To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Case Name:**
El Campo Ventures, LLC vs. Stratton Securities, Inc., Stratton Oilfield Systems Texas, LLC Daniel Stratton, Shannon Stratton, Clay Signor, Signor Logistics, LLC, and Signor Farm and Ranch, LP In The United States District Court/Western District of Texas San Antonio Division Civil Action No. SA:20-CV-00469-DAE

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|---|---|---|---|---|---|---|
| 2020-766048 | Jeff Stratton | 12/11/2020 | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript - Original | 78 | $440.70 |
| Exhibits Pages | 33 | $28.05 |
| Litigation Bundle | 1 | $110.00 |
| Reporter Attendance Hourly | 1.75 | $175.00 |
| Electronic Transcript Processing | 1 | $0.00 |

**Memo:**

**Sold To:**
Alfonso Nevarez
Nevarez Law Group, PC-Eagle Pass
780 Rio Grande Street
Eagle Pass Texas 78852
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://lexitaslegal.com/bill-pay**
2) Enter Job# 2020-766048

**TAX ID 46-4363191**

1.5% finance charge per month on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $753.75 |
| **Tax(0%):** | $0.00 |
| **Total:** | $753.75 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $753.75 |
| **After 2/17/2021 Pay** | $765.06 |

7115

**NEVAREZ LAW GROUP, PC**
CLIENT EXPENSE ACCOUNT
780 E RIO GRANDE ST
EAGLE PASS, TEXAS 78852
(830) 776-7003

**FALCON**
**INTERNATIONAL**
**BANK**
Member FDIC
88-1580/1149

7/22/2020

PAY TO THE
ORDER OF   Patricia Salinas, CSR                                                                    $ **1,296.00

One Thousand Two Hundred Ninety-Six and 00/100*************************************************************** DOLLARS

Patricia Salinas, CSR
P.O. Box 2526
Eagle Pass, Texas 78852

MEMO
Inv# AN-Stratton-001

AUTHORIZED SIGNATURE

⑈007115⑈ ⑆114915803⑆ 510001440⑈

---

**NEVAREZ LAW GROUP, PC**                                                    7115

Patricia Salinas, CSR                          7/22/2020

1,296.00

Client Exp-Plains Capi   Inv# AN-Stratton-001                          1,296.00

**NEVAREZ LAW GROUP, PC**                                                    7115

Patricia Salinas, CSR                          7/22/2020

1,296.00

Client Exp-Plains Capi   Inv# AN-Stratton-001                          1,296.00

PRODUCT SSLT103   USE WITH 91663 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop

7279356000
F27735  CHIKDK04  12/21/2018 15:20  -118-

*Patricia Salinas, CSR*
P.O. Box 2526
Eagle Pass, Texas  78853
512.797.6086

July 20, 2020

Mr. Alfonso Nevarez C.
Nevarez Law Group, P.C.
780 E. Rio Grande Street
Eagle Pass, Texas  78852

RE:  Cause No. 20-248; Stratton Securities, Inc. v. El Campo Ventures,
LLC; For the Western District Court of Texas, Austin Division;
Invoice No. AN-Stratton-001

     Transcription of Audio Recording
     2019-05-27 10.01 Carrizo Springs
     Costs and services involved....................................$669.60

     Transcription of Audio Recording
     2019-05-22 09.58 El Campo
     Costs and services involved....................................$626.40

     TOTAL AMOUNT DUE....................................$1,296.00

*THANK YOU!*

7/22/2020

Patricia Salinas, CSR                                                          **1,296.00

One Thousand Two Hundred Ninety-Six and 00/100*************************************************************

Patricia Salinas, CSR
P.O. Box 2526
Eagle Pass, Texas 78852

Inv# AN-Stratton-001

Patricia Salinas, CSR                                   7/22/2020
                                                                                1,296.00

Client Exp-Falcon Ban   Inv# AN-Stratton-001                                    1,296.00

Patricia Salinas, CSR                                   7/22/2020
                                                                                1,296.00

Client Exp-Falcon Ban   Inv# AN-Stratton-001                                    1,296.00



## Payment Rece   FW: Merchant Email Receipt



reception <reception@completelegal.net>
To  Monica Rodriguez

(i) You replied to this message on 8/6/2021 1:16 PM.
We removed extra line breaks from this message.

Thank you for your recent payment.
Your receipt is below.

Jean Ann Jacobs
Complete Legal, Ltd.
Bookkeeper
Direct Dial  214-593-0138
========= GENERAL INFORMATION =========
Merchant : COMPLETE LEGAL LTD (2039913)
Date/Time : 5-Aug-2021 14:11:03 PDT

========= ORDER INFORMATION =========
Invoice : 106240
Description : Compete Legal
Amount : 179.55 (USD)
Payment Method: American Express xxxx8002 Transaction Type: Authorization and Capture

============== Line Items ==============

============== RESULTS ==============
Response : This transaction has been approved.
Auth Code : 183623
Transaction ID : 42850757444





**Complete Legal**
1201 Elm Street Suite 2560
Dallas, TX 75270
Phone: 214-746-5400
Fax: 214-746-5405



Alfonso C. Nevarez
Nevarez Law Group, PC.
780 E. Rio Grande St.
Eagle Pass, TX 78852

### *Invoice #106240*

| Date | Terms |
| --- | --- |
| 07/16/2021 | Due on receipt |

| Job #6000 on 12/22/2020 |
| --- |

**Case:** El Campo Ventures, LLC v. Stratton Securities, Inc.

| Description | | | |
| --- | --- | --- | --- |
| **Copy Transcript Deposition Live of Justin Hollis** | | | |

|  | Amount Due: | $ 179.55 |
| --- | --- | --- |
|  | Paid: | $ 0.00 |

*ADVANCE PAYMENT REQUIRED TO ESTABLISH CREDIT HISTORY*

| Balance Due: | $ 179.55 |
| --- | --- |
| Payment Due: | 07/16/2021 |

# Envelope ID :42013515

# Case Number : 20-03-13830-DCV

# Case Type

| | |
|---|---|
| **Jurisdiction :** Dimmit County - District Clerk | **Case Category :** Civil - Contract |
| **Case Type :** Other Contract | **Filer Type :** Not Applicable |
| **Damage Amount :** Over $1,000,000 | |
| **Payment Account :** FileandServe-0698705901 | **Attorney :** Alfonso Nevarez |
| **Case Number :** 20-03-13830-DCV | |
| **Client Matter ID :** El Campo Ventures | **Date Filed :** 3/30/2020 04:58:25 PM |

## Parties    8

| Sending Party | Party Type | Name | Address |
|---|---|---|---|
| ✔ | Plaintiff | El Campo Ventures, LLC | |
| ✔ | Defendant | Stratton Oilfield Systems Tx, LLC | |
| ✔ | Defendant | Stratton Securities INC. | |
| ✔ | Defendant | Daniel Stratton | |
| ✔ | Defendant | Shannon Stratton | |
| ✔ | Defendant | Clay Signor | |
| ✔ | Defendant | Signor Logistics, LLC | |
| ✔ | Defendant | Signor Farm & Ranch, LP | |

## Documents

| Status | Filing Code | Filing Description | Original Document | Converted Document | Stamped Document | Optional Services | Document Category | Document Description | Fees |
|---|---|---|---|---|---|---|---|---|---|
| Accepted ( 03/30/2020 ) | Petition (Lead Document) **Note to Clerk:** I will need 6 citations. I didn't see an option for Citation so checked marked Writ. | POP | 2020.03.30 P's Orig. Pet.pdf | | 2020.03.30 P's Orig. Pet.pdf | Copies – Non-Certified (654 * $1.00) ,Issue Writ of Attachment(6 * $8.00) | Does not contain sensitive data | POP | $702.00 |
| ( 03/30/2020 ) | Petition (Attachments) **Note to Clerk:** I will need 6 citations. I didn't see an option for Citation so checked marked Writ. | POP | Exhibits A-L.pdf | | | | Does not contain sensitive data | Exhibits | |

**Responsible for Filing Fees :** El Campo Ventures, LLC

**Send Accepted Notifications To:** rc@nevarezlawgroup.com

## Service Contact 0

| EServe | Name | Email Address | Address | Service Contact Fee | Public | Status | Date Opened |
|---|---|---|---|---|---|---|---|

## Fees Calculation

| Allowance Charge Reason | Amount |
|---|---|
| Total Provider Tax Fees($) | $0.25 |
| Total Provider Service Fees($) | $2.99 |
| Total Court Service Fees($) | $0.00 |
| Total Service Tax Fees($) | $0.00 |
| Total Filing & Service Fees($) | $0.00 |

| Allowance Charge Reason | Amount |
|---|---|
| Total Court Filing Fees($) | $702.00 |
| Total Court Party Fees($) | $0.00 |
| Total Court Case Fees($) | $287.00 |
| Convenience Fee($) | $28.68 |
| Total Fees($) | $1,020.92 |

4/23/2020

Eugenio Escobedo                                                        **315.00

Three Hundred Fifteen and 00/100************************************************************************************

Eugenio Escobedo
1204 Glenn Haven Dr.
Eagle Pass, TX.78852

Citations

| Eugenio Escobedo | | 4/23/2020 | |
|---|---|---|---|
| | Citation, El Campo Ventures, LLC | | 125.00 |
| | Citation, El Campo Ventures, LLC | | 125.00 |
| | Citation, El Campo Ventures, LLC | | 65.00 |

Client Exp-Falcon Ban   Citations                                      315.00

| Eugenio Escobedo | | 4/23/2020 | |
|---|---|---|---|
| | Citation, El Campo Ventures, LLC | | 125.00 |
| | Citation, El Campo Ventures, LLC | | 125.00 |
| | Citation, El Campo Ventures, LLC | | 65.00 |

Client Exp-Falcon Ban   Citations                                      315.00

4/23/2020

Eugenio Escobedo                                                          **60.00

Sixty and 00/100***************************************************************************************************

Eugenio Escobedo
1204 Glenn Haven Dr.
Eagle Pass, TX.78852

Citation/ El Campo Ventures

Eugenio Escobedo                              4/23/2020
                         Citation, El Campo Ventures                                60.00

Client Exp-Falcon Ban   Citation/ El Campo Ventures                                 60.00

Eugenio Escobedo                              4/23/2020
                         Citation, El Campo Ventures                                60.00

Client Exp-Falcon Ban   Citation/ El Campo Ventures                                 60.00

5/21/2020

Eugenio Escobedo                                                                                      **250.00

Two Hundred Fifty and 00/100*************************************************************************************

Eugenio Escobedo
1204 Glenn Haven Dr.
Eagle Pass, TX.78852

Citations

Eugenio Escobedo                                          5/21/2020
                                    El Campo Ventures, LLC                                    125.00
                                    El Campo Ventures, LLC                                    125.00

Client Exp-Falcon Ban   Citations                                                            250.00

Eugenio Escobedo                                          5/21/2020
                                    El Campo Ventures, LLC                                    125.00
                                    El Campo Ventures, LLC                                    125.00

Client Exp-Falcon Ban   Citations                                                            250.00

Eugenio Escobedo
1204 Glen Haven
Eagle Pass, Texas 78852
(830) 776-9929
MAY 07, 2020


CASE NO. 20-03-13830-DCV
EL CAMPO VENTURES, LLC
VS.
STRATTON SECURITIES, INC., STRATTON OILFIELD SYSTEMS TEXAS,
LLC, DANIEL STRATTON, SHANNON STRATTON, CLAY SIGNOR,
SIGNOR LOGISTICS, LLC, AND SIGNOR FARM AND RANCH, LP


ATTY: ALFONSO NEVAREZ


SERVED 05-02-20  SIGNOR LOGISTICS LLC c/o CLAY SIGNOR

CITATION                              $125.00




TOTAL FEES    $125.00

Eugenio Escobedo
1204 Glen Haven
Eagle Pass, Texas 78852
(830) 776-9929
MAY 07, 2020

CASE NO. 20-03-13830-DCV
EL CAMPO VENTURES, LLC
VS.
STRATTON SECURITIES, INC., STRATTON OILFIELD SYSTEMS TEXAS,
LLC, DANIEL STRATTON, SHANNON STRATTON, CLAY SIGNOR,
SIGNOR LOGISTICS, LLC, AND SIGNOR FARM AND RANCH, LP

ATTY: ALFONSO NEVAREZ

SERVED 05-02-20  CLAY SIGNOR

CITATION                                    $125.00

TOTAL FEES    $125.00



## ORIGINAL INVOICE

**Special Delivery Service, Inc.**
5470 L B J Freeway, Suite 100
Dallas, TX 75240

(214) 866-3200 ~ Fax (214) 866-3201

**Bill to:**

LAW OFFICE OF BEN GATES, PC
ACCOUNTS PAYABLE
7015 SNIDER PLAZA, STE 202
DALLAS, TX 75205

| Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|
| 633703 | 01/31/21 | $ 159.50 |
| **Account Number** | **This invoice is due and payable upon receipt.** | **Amount Enclosed** |
| 2147566053 | | |

| Tracking # Caller Reference | Delivery Information | Time Date | Total Amount |
|---|---|---|---|
| 028-0348 B GATES EL CAMPO VEN | PROCESS SERVING: SUNFLOWER BANK, NATIONAL HAS BEEN SUCCESSFULLY SERVED. AT: 3610-2 N. JOSEY LANE, STE 223 CARROLLTON, TX 75007 RUSH SERVING = $ 129.50 • OUT OF COUNTY = $ 30.00 | JEFF MILLER 12:38 PM 01/29/21 | $ 159.50 |

| Page | Invoice Number | Invoice Amount | Account Balance | Check Number | Date Paid | Amount Paid |
|---|---|---|---|---|---|---|
| 1 | 633703 | 159.50 | | | | |

**Questions on this invoice? Contact Billing@SpecialDelivery.com - You can now pay invoices online.**
**Go to SpecialDelivery.com and click Make a Payment.   Thank you!   We Appreciate Your Business.**

Special Delivery Service, Inc. ~ 5470 L B J Freeway, Suite 100 ~ Dallas, TX 75240 ~ (214) 866-3200 ~ Federal ID No. 75-2811091

ARISTOCRAT PROCESS SERVING/KIS
115 E. Park St.
Ste. D
Olathe, KS 66061
Phone: (913) 780-2007
Fax: (888) 798-6494
83-3347058

**INVOICE**



Invoice #AIL-2021001150
1/19/2021

Original Date: 1/18/2021

LAW OFFICE OF BEN GATES, P.C.
7015 SNIDER PLAZA
SUITE 202
DALLAS, TX 75205

**Case Number: Western 1:20-CV-00560-RP**

Plaintiff:
**EL CAMPO VENTURES, LLC ET AL**

Defendant:
**STRATTON SECURITIES, INC. ET AL**

Received: 1/14/2021    Served: 1/15/2021 2:26 pm  .PERSONAL
To be served on: JOHN BAXTER POE:  SUNFLOWER BANK

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| EMERGENCY SERVICE OF PROCESS | 1.00 | 125.00 | 125.00 |
| WITNESS CHECK | 1.00 | 5.00 | 5.00 |
| WITNESS FEE ADVANCE | 1.00 | 40.00 | 40.00 |
| EMERGENCY SERVICE OF PROCESS | 1.00 | 125.00 | 125.00 |
| **TOTAL CHARGED:** | | | **$295.00** |

| 1/18/2021 | ****2000  AUTH#288653 | 295.00 |
|-----------|------------------------|--------|

**BALANCE DUE:**          **$0.00**

**Thank you for your business!**

**Comments pertaining to this invoice:**
1/14/2021  10:27 am Does not work at this location. He is at 7200 W. 132nd St., Overland Park Kansas, 66213
1/14/2021  11:07 am Lisa came to locked door. She states John Baxter is out of town and not sure when he will be
           back. He has been working remotely. She said he hasn't been to the office in 2 weeks
1/15/2021  10:13 am ADDING 2ND BILLABLE ADDRESS - 30 CEDAR MILL LN, SUNRISE BEACH, MO  65079,
           AND CORRESPONDING FEE PER CLIENT AND CW - DH
1/15/2021  2:26 pm  Attempted service at 30 CEDAR MILL LN, SUNRISE BEACH, MO  65079,
1/15/2021  2:26 pm  1/15 226pm.  served john, w/m 60s dark hair, 5'10, 180, black new Ram out in drive under car
           port

**Complete Legal**
1201 Elm Street Suite 2560
Dallas, TX 75270
Phone: 214-746-5400
Fax: 214-746-5405



Benjamin P. Gates
Benjamin P. Gates, P.C., Law Office of
7015 Snider Plaza,
Suite 202
Dallas, TX 75205

*Invoice #106055*

| Date | Terms |
|------|-------|
| 03/11/2021 | Net 30 |

**Job #6008 on 01/26/2021**

**Case:** El Campo Ventures, LLC v. Stratton Securities, Inc.

| Description |
|-------------|
| **Copy Transcript Video/Depo of Luke Clardy** |

| | |
|---|---|
| Amount Due: | $ 431.05 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 431.05** |
| **Payment Due:** | **04/14/2021** |

**Job #:6008**

# INVOICE



**COMPLETE**
**LEGAL**
completelegal.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 105125 | 10/29/2020 | 5662 |

| Job Date | Case No. |
|---|---|
| 10/6/2020 | 1:20-CV-00560-RP |

| Case Name |
|---|
| El Campo Ventures, LLC v. Stratton Securities, Inc. |

| Payment Terms |
|---|
| Net 30 |

Benjamin P. Gates
Law Office of Ben Gates, P.C.
7015 Snider Plaza, Suite 202
Dallas TX 75205

CERTIFIED COPY OF TRANSCRIPT WITH VIDEO

Rae Powell

1,138.65

**TOTAL DUE >>>**                     **$1,138.65**

If you have any questions about this invoice, please contact the Court Reporting Department; depos@completelegal.net, or 214-593-0150.

Thank you for choosing Complete Legal. We appreciate your business!

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,138.65 |

Tax ID: 75-2961729

*Please detach bottom portion and return with payment.*

Benjamin P. Gates
Law Office of Ben Gates, P.C.
7015 Snider Plaza, Suite 202
Dallas TX 75205

| Job No. | : 5662 | BU ID | : 1-MAIN |
|---|---|---|---|
| Case No. | : 1:20-CV-00560-RP | | |
| Case Name | : El Campo Ventures, LLC v. Stratton Securities, Inc. | | |
| Invoice No. | : 105125 | Invoice Date | : 10/29/2020 |
| **Total Due** | : **$1,138.65** | | |

Remit To:  **Complete Legal**
**1201 Elm St.**
**Suite 2560**
**Dallas TX 75270**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# STATEMENT



**COMPLETE LEGAL**
completelegal.net

| Account No. | Date |
|---|---|
| C3436 | 11/3/2020 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $990.65 | $0.00 | $0.00 |

| 90 Days | 120 Days & Over | Total Due |
|---|---|---|
| $0.00 | $0.00 | $990.65 |

Benjamin P. Gates
Law Office of Ben Gates, P.C.
7015 Snider Plaza, Suite 202
Dallas TX  75205

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 10/29/2020 | 105128 | 990.65 | 10/7/2020 | Dan Gattis | El Campo Ventures, LLC v. Stratton Securities, Inc. |

**Tax ID:** 75-2961729

*Please detach bottom portion and return with payment.*

Benjamin P. Gates
Law Office of Ben Gates, P.C.
7015 Snider Plaza, Suite 202
Dallas TX  75205

| Account No. | : | C3436 |
|---|---|---|
| Date | : | 11/3/2020 |
| **Total Due** | **:** | **$990.65** |

Remit To:  **Complete Legal**
**1201 Elm St.**
**Suite 2560**
**Dallas TX  75270**