# Exhibit G



# HENRY&JONES LLP

16901 Dallas Parkway, Suite 202

Addison, Texas 75001

214.954.9700

August 23, 2019

Mr. Dan Gattis
El Campo Ventures, LLC
213B West 8th Street
Georgetown, Texas 78626

Dear Dan:

I am writing in response to your letter of August 13, 2019.

You state in your letter that the "Agreement" between Stratton and El Campo and the resulting Lease with Option to Purchase Contract (the "Lease") with the Federal Government made El Campo a full "partner" in the property. The only agreement between the parties was the letter agreement you drafted dated May 2, 2019 (the "Agreement"). The letter clearly sets forth two options under which El Campo would have been entitled to compensation related to the Stratton's facility in Carrizo Springs. Neither option occurred. Further, nowhere in the Agreement does it state that El Campo will become a "partner" in any transaction Stratton might enter into in the future.

Under Option A, El Campo represented that it had been approached by a "3rd Party Purchaser" desiring to purchase facilities to be operated as an immigration facility. El Campo agreed to use it best efforts to sell such party Stratton's facility. The agreement further states that "[i]f El Campo is able to reach an agreement regarding such sale then the sale proceeds in excess of $4 Million will be equally shared equally between El Campo and Stratton." Time was of the essence, and the Agreement states that it was the intent of the parties that an agreement be reached with such 3rd party purchaser by Friday, May 17, 2019. Not only was no agreement reached with the 3rd party purchaser by May 17, you told the Strattons that the 3rd Party Purchaser refused to purchase the facility because Stratton did not hold title to the property. El Campo did not reach an agreement regarding a sale to the 3rd party purchaser, and the requirements of Option A never occurred. Accordingly, El Campo in not entitled to any sale proceeds under Option A.

Option B states that El Campo and Stratton intended to pursue the opportunity to obtain a contract to operate Stratton's facilities as an immigration detention facility, as more particularly described in a mutually-satisfactory definite agreement. The agreement specifically states that "the terms of Option B are not intended to be binding on or enforceable against any party until a fully executed Agreement is executed regarding Option B." It is undisputed that no fully executed Agreement was executed regarding Option B. Accordingly, El Campo is not entitled to any compensation under Option B.

Stratton leased the facility to the Federal Government for the operation of an immigrant detention

Mr. Dan Gattis
August 23, 2019
Page 2

facility. The Lease does not satisfy either Option A or Option B of the Agreement.

El Campo's contention that it is entitled to any compensation as a result of Stratton leasing the facility to the Federal Government is unfounded according to the express terms of the Agreement. Stratton has absolutely no obligation to pay El Campo any amount based upon the Lease.

Stratton does not deny that El Campo provided some value to Stratton. As a result, Stratton is willing to pay $500,000.00 for a mutual release of all claims. This offer will remain open until 5:00 p.m. on Friday, September 30, 2019, at which time it will expire if not accepted prior to this deadline in writing.

Should you have any questions concerning this matter please let me know.

Very truly yours,

Michael L. Jones

MLJ/dm

# Dan Gattis

**From:** Mike Jones <mjones@henryandjones.com> on behalf of Mike Jones
**Sent:** Saturday, August 24, 2019 8:25 AM
**To:** Dan Gattis
**Subject:** RE: Stratton/El Campo Settlement Discussion

Dan:

My letter to you yesterday incorrectly listed the deadline for accepting Stratton's settlement offer as September 30. The deadline is 5:00 p.m. on August 30, 2019.

Mike

**From:** Mike Jones
**Sent:** Friday, August 23, 2019 1:55 PM
**To:** Dan Gattis
**Subject:** RE: Stratton/El Campo Settlement Discussion

Dan:

Please see the attached letter.

Michael L. Jones
Henry & Jones, L.L.P.
16901 Dallas Parkway, Suite 202
Addison, Texas 75001
214.954.9704

**PLEASE NOTE OUR NEW ADDRESS**

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: mjones@henryandjones.com.

**From:** Dan Gattis [mailto:dgattis@gattislaw.com]
**Sent:** Friday, August 23, 2019 8:59 AM
**To:** Mike Jones <mjones@henryandjones.com>
**Subject:** Re: Stratton/El Campo Settlement Discussion

Thanks. Have a good weekend.

El Campo 00124