IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EL CAMPO VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:20-cv-00560-RP |
| | § | |
| STRATTON SECURITIES, INC., | § | |
| STRATTON OILFIELD SYSTEMS | § | |
| TEXAS, LLC, DANIEL STRATTON, | § | |
| and SHANNON STRATTON, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION
TO AMEND FINAL JUDGMENT AND FOR AWARD OF COSTS**

Plaintiff El Campo Ventures, LLC ("El Campo") hereby files this Response in Opposition to Defendants' Motion to Amend Final Judgment and for Award of Costs.

Plaintiff objects to Defendants' request for the award of taxable costs. El Campo is the prevailing party in this case (Final Judgment, Dkt. 111). The Fifth Circuit has explained that a case "must be viewed as a whole to determine who is the prevailing party ." *Studiengesellschaft Kohle v. Eastman Kodak*, 713 F.2d 128, 131 (5th Cir. 1983).

For the forgoing reasons, El Campo respectfully requests the Court deny Defendants' Motion and provide El Campo with any further relief that the Court deems just and proper.

Respectfully submitted,

**NEVÁREZ LAW GROUP**
780 E. Rio Grande St.
Eagle Pass, Texas 78852
830.776.7003
830.776.7004 (FAX)

BY: _____
   ALFONSO NEVÁREZ C.
   STATE BAR NO. 24005376
   anc@nevarezlawgroup.com


LAW OFFICE OF BEN GATES, P.C.
7015 SNIDER PLAZA, SUITE 202
DALLAS, TEXAS 75205
TEL: (214) 756-6053
FAX: (214) 989-7305

BY: _____

   BENJAMIN P. GATES
   TEXAS STATE BAR NO. 24062740
   bpg@bengatespc.com


**ATTORNEYS FOR PLAINTIFF
EL CAMPO VENTURES, LLC**

## **CERTIFICATE OF SERVICE**

I certify that I served this Plaintiff's Response in Opposition to Defendants' Motion to Amend Final Judgment and for Award of Costs on all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure on October 25, 2021.

_____

Benjamin P. Gates