IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EL CAMPO VENTURES, LLC, § <br> Plaintiff, § <br> v. § <br> § <br> STRATTON SECURITIES, INC., § <br> STRATTON OILFIELD SYSTEMS § <br> TEXAS, LLC, DANIEL STRATTON, § <br> SHANNON STRATTON, § <br> Defendants. § | No. 1:20-CV-00560-RP |

## ORDER

Before the court is El Campo Ventures, LLC's Opposed Motion for Attorney Fees (Dkt. #113). Upon review, the undersigned finds a hearing would be helpful to adjudicate this dispute. The court hereby **SETS** the above motion for a hearing on **Wednesday, December 1, 2021, at 2:00 p.m.** in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701**.

To assist the court at the hearing, the parties are encouraged to bring a one-page summary or chart outlining: (a) the universe of claims originally filed, (b) against which parties, (c) the amount of damages sought pursuant to each claim and party, and (d) the final disposition for each claim.

SIGNED November 19, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1