IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| EL CAMPO VENTURES, LLC, § <br> Plaintiff, § <br> v. § <br> § <br> STRATTON SECURITIES, INC., § <br> STRATTON OILFIELD SYSTEMS § <br> TEXAS, LLC, DANIEL STRATTON, § <br> SHANNON STRATTON, § <br> Defendants. § | No. 1:20-CV-00560-RP |

# ORDER

Before the court is El Campo Ventures, LLC's Opposed Motion for Attorney Fees (Dkt. #113). It appears to the undersigned that a brief status conference with the parties would be helpful in advancing the efficient resolution of this matter.

The court hereby sets and directs the parties, or counsel acting on their behalf, to participate in a Zoom call at **10:00 a.m. on January 4, 2022**. The court will send parties an email with information on the Zoom call.

SIGNED December 27, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1