# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **EL CAMPO VENTURES, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 1:20-cv-00560-RP** |
| | § | |
| **STRATTON SECURITIES, INC.,** | § | |
| **STRATTON OILFIELD SYSTEMS** | § | |
| **TEXAS, LLC, DANIEL STRATTON,** | § | |
| **and SHANNON STRATTON,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## DECLARATION OF PONCHO NEVAREZ

1.  My name is Poncho Nevarez. I have personal knowledge of all facts herein, and they are all true and correct. This declaration is submitted in connection with El Campo Ventures, LLC's Supplemental Memorandum in Support of its Motion for Attorney Fees, Prejudgment Interest, Post-judgment Interest and Costs filed in the above-styled-and-numbered lawsuit.

2.  I am an attorney duly licensed to practice law in the State of Texas and the State of Arizona and have practiced continuously for 22 years. A large portion of my practice has been devoted to litigation of complex business matters and catastrophic injury cases in state and federal court. I practice law in numerous counties and metropolitan areas in Texas, including in Travis County, Texas, and within the Western District of Texas, Austin Division

(referenced herein together as "Austin"), where this action is pending.  I am familiar with prosecuting lawsuits asserting breach of contract claims like those Plaintiff has brought in this case.  I am also familiar with the character and the amount of legal work traditionally expended in prosecuting such an action, as well as the fees normally charged.  I am further aware of the fees commonly and customarily charged in Austin, for legal services rendered in connection with such litigation.

3.  Ben Gates and I represent El Campo Ventures, LLC ("El Campo"), the plaintiff in the above-styled-and-numbered lawsuit.

3.     The revised fee agreement with El Campo was set out in writing by letter dated February 24, 2020. Under that agreement, Ben Gates and I, as El Campo's attorneys, agreed to be compensated solely in the form of a contingent fee. The contingent fee percentage was 25% of the gross sum recovered prior to the commencement of a trial, and 30% of the gross sum recovered after the commencement of a trial.  In addition, the fee agreement required El Campo's attorneys to advance all costs and expenses in this matter.    To date, Mr. Gates and I have advanced approximately $60,000.00 of costs and expenses on behalf of El Campo.

4.     I am familiar with the average, customary and reasonable contingent fee percentages charged by attorneys with similar experience and

expertise in Austin.  It is my opinion that El Campo's 30% contingent fee is at the bottom end of the range of usual and customary contingent fees charged for similar work in Austin. Contingent fee percentages in Austin (and throughout Texas) for business cases range from 30% to 40% depending on which party pays the expenses, when the case is resolved and the dollar value of the case.  It is my opinion that our 30% contingent fee agreement with El Campo in this case is very reasonable considering the approximately $60,000.00 of costs and expenses that have been advanced by Mr. Gates and myself. Typically, I charge clients a 40% contingency fee when I agree to advance all costs and expenses associated with a matter.

5.     In addition, when Stratton Securities, Inc. filed its declaratory judgment action against El Campo (Case No.: 1:20-CV-00248-RP), Mr. Gates and I represented El Campo in that action under the same February 24, 2020 fee agreement.

6.     I am also familiar with the average, customary and reasonable hourly rates charged by attorneys with similar experience and expertise in Austin.  My standard hourly billing rate is $500 per hour.  My opinion is that $500 per hour is a very reasonable hourly rate for complex commercial litigation in Austin.  When I bill by the hour, I send the client an invoice each month and receive payment within 30 days.  Typically, clients deposit an amount of money

in my trust account sufficient to cover any costs or expenses associated with their legal matter.

7.      Given the contingent nature of this case, it is my opinion that $500 per hour would not be a reasonable hourly rate for purposes of calculating a reasonable fee under the lodestar method in this case.  Instead, it is my opinion that the loadstar should be calculated at the higher hourly rate of $750 (1.5x the normal hourly rate) to account for the risk of loss, the delay in receiving any payment for services rendered or recovery of any of the approximately $60,000.00 in fees and expenses advanced by Mr. Gates and I on behalf of El Campo.  I do not undertake any of these risks when I bill my normal reasonable hourly rate of $500 per hour and therefore these risks justify higher hourly rate in this case.

8.      My testimony herein is based on my education, skill, knowledge and experience; my review of my time records; my involvement in this case; and my knowledge of the work performed in this case.

9.      In reviewing my time records in this case and in exercising my billing judgment, I would determine what I believed was reasonable given the time expended and the services I provided.   In this case, I used my billing judgment to write-down time entries when I believed too much time was expended for a particular task.  For purposes of calculating a reasonable attorney's fee using the loadstar method, I spent a total of 379.3 hours and it is

my opinion that this amount of time was reasonably and necessarily expended by me in this case in order to help secure a $4,095,300.00 jury verdict in favor of El Campo.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 5, 2022.

/s/ *Poncho Nevarez*

_____

Poncho Nevarez

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/13/2019 | ANC | A105    Communicate (in firm) | 3.0 | 3.0 | $750.00/Hour | | $2,250.00 |
| | | Communicate (in firm) meeting w/ Ben Gates re case etc in Eagle Pass | | | | | |
| 12/20/2019 | ANC | A106    Communicate (with client) | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Communicate (with client) spoke with Gattis | | | | | |
| 12/23/2019 | ANC | RR    Receipt and Review of | 1.8 | 1.8 | $750.00/Hour | | $1,350.00 |
| | | Receipt and Review of file up to that point | | | | | |
| 12/30/2019 | ANC | A106    Communicate (with client) | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Communicate (with client) spoke with Rae | | | | | |
| 02/27/2020 | ANC | A105    Communicate (in firm) | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| | | Communicate (in firm) meeting with Ben re strategy | | | | | |
| 03/09/2020 | ANC | RR    Receipt and Review of | 0.8 | 0.8 | $750.00/Hour | | $600.00 |
| | | Receipt and Review of Dec Action filed by Defendants; sent Ben some notes | | | | | |
| 03/11/2020 | ANC | RR    Receipt and Review of | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Receipt and Review of news article re lawsuit. | | | | | |
| 03/11/2020 | ANC | RR    Receipt and Review of | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Receipt and Review of email from Dan Gattis re summons | | | | | |
| 03/12/2020 | ANC | A111    Other | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Conference call with Rae Powell, Dan Gattis, and Ben Gates to discuss litigation strategy | | | | | |
| 03/16/2020 | ANC | A105    Communicate (in firm) | 0.3 | 0.3 | $750.00/Hour | | $225.00 |
| | | Communicate (in firm) Telephone conference with Ben Gates re: petition. | | | | | |
| 03/16/2020 | ANC | L210    Pleadings | 2.2 | 2.2 | $750.00/Hour | | $1,650.00 |
| | | Pleadings reviewing El Campo Petition | | | | | |
| 03/17/2020 | ANC | L210    Pleadings | 1.1 | 1.1 | $750.00/Hour | | $825.00 |
| | | Pleadings reviewing El Campo Petition phone call with Ben re suggestions and Redline | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 03/18/2020 | ANC | L210  Pleadings<br>Pleadings reviewed El Campo Petition again more redline | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 03/19/2020 | ANC | L210  Pleadings<br>Pleadings worked on El Campo Petition spoke with Ben re redlines | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 03/20/2020 | ANC | L210  Pleadings<br>Pleadings reviewed El Campo  Petition with Ben and talked to him about changes | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 03/23/2020 | ANC | L210  Pleadings<br>Pleadings reviewed the El Campo Petition more redline spoke with Ben | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 03/23/2020 | ANC | A106  Communicate (with client)<br>Communicate (with client) to confirm factual allegations in petition and go over one more time | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 03/24/2020 | ANC | L210  Pleadings<br>Pleadings spoke with Ben about petition | 0.3 | 0.3 | $750.00/Hour | | $225.00 |
| 03/26/2020 | ANC | A103  Draft/revise<br>Reviewed another draft Emailed draft petition to Ben Gates, Dan Gattis and client | 0.2 | 0.2 | $750.00/Hour | | $150.00 |
| 03/26/2020 | ANC | A105  Communicate (in firm)<br>Communicate/ telephone conference with Ben Gates re: draft of petition | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 03/26/2020 | ANC | A106  Communicate (with client)<br>Communicate (with client) telephone conference re: draft of petition | 0.3 | 0.3 | $750.00/Hour | | $225.00 |
| 03/26/2020 | ANC | L210  Pleadings<br>Pleadings reviewed and finalized El Campo petition spoke with Ben as well | 2.6 | 2.6 | $750.00/Hour | | $1,950.00 |
| 03/30/2020 | ANC | RR  Receipt and Review of<br>Receipt and Review of petition sent to clients with Exhibits | 0.4 | 0.4 | $750.00/Hour | | $300.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 03/30/2020 | ANC | A105   Communicate (in firm)<br>Communicate (in firm) with Ben regarding research on some of the legal issues and possible removal | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 03/31/2020 | ANC | A105   Communicate (in firm)<br>Communicate (in firm) with Ben re motion to dismiss | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 04/01/2020 | ANC | A104   Review/analyze<br>Review of draft motion to dismiss: emailed suggested revisions to Ben Gates. | 0.8 | 0.8 | $750.00/Hour | | $600.00 |
| 04/15/2020 | ANC | RR   Receipt and Review of<br>Receipt and Review of notice of removal, motion to transfer venue, response to motion to dismiss, and answer for Stratton Securities and Stratton Oilfield | 1.3 | 1.3 | $750.00/Hour | | $975.00 |
| 05/05/2020 | ANC | A108   Communicate (other external)<br>Communicate (other external) email with Mike and Ben re scheduling order (s) | 0.2 | 0.2 | $750.00/Hour | | $150.00 |
| 05/08/2020 | ANC | RR   Receipt and Review of<br>Receipt and Review of answer for Daniel Stratton and Shannon Stratton. Notations and questions | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 05/11/2020 | ANC | A104   Review/analyze<br>Review of proposed scheduling order and Def's suggested revisions. | 0.3 | 0.3 | $750.00/Hour | | $225.00 |
| 05/13/2020 | ANC | A102   Research<br>Research Motion to Remand and review petition and factual bases for remand | 3.2 | 3.2 | $750.00/Hour | | $2,400.00 |
| 05/14/2020 | ANC | A103   Draft/revise<br>Draft/revise Motion to Remand along with updating case law | 7.5 | 7.5 | $750.00/Hour | | $5,625.00 |
| 05/15/2020 | ANC | A103   Draft/revise<br>Working on exhibits and drafting El Campo's response to motion to transfer venue. | 3.8 | 3.8 | $750.00/Hour | | $2,850.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 05/18/2020 | ANC | A104  Review/analyze<br>Reviewed scheduling order entered by Judge Ezra | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 05/19/2020 | ANC | A104  Review/analyze<br>Reviewed and analyzed Stratton's first request for production. | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| 05/22/2020 | ANC | A104  Review/analyze<br>Receipt and reviewed of Stratton disclosures, reply to motion to transfer venue and response to motion to remand, made some notes and shared with Ben | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 05/22/2020 | ANC | A104  Review/analyze<br>Reviewed letter from Signor's counsel | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 06/01/2020 | ANC | A108  Communicate (other external)<br>Communicate (other external) re depo dates with counsel | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 06/02/2020 | ANC | RR  Receipt and Review of<br>Receipt and Review of email from Mike Jones re: depos | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 06/02/2020 | ANC | A105  Communicate (in firm)<br>Communicate/Telephone conference with Ben Gates re: depos | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 06/02/2020 | ANC | A106  Communicate (with client)<br>Communicate (with client) re: request for production. spoke with Ben on this | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 06/02/2020 | ANC | A106  Communicate (with client)<br>Communicate (with client) Re: request for production spoke with Ben on this and made some suggestions on order of production | 0.3 | 0.3 | $750.00/Hour | | $225.00 |
| 06/03/2020 | ANC | A104  Review/analyze<br>Review and analyze Stratton's request for admissions and ROG's | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| 06/24/2020 | ANC | A104  Review/analyze<br>Reviewed letter from Mike Jones re: El Campo document production | 0.1 | 0.1 | $750.00/Hour | | $75.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 07/08/2020 | ANC | A104    Review/analyze<br>Review/analyze Signor Discovery | 1.5 | 1.5 | $750.00/Hour | | $1,125.00 |
| 07/15/2020 | ANC | A105    Communicate (in firm)<br>Communicate with Mike Jones re: motion to compel | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 07/24/2020 | ANC | L320    Document Production<br>reviewed El Campo's first request for production to Stratton Defendants. | 1.2 | 1.2 | $750.00/Hour | | $900.00 |
| 07/24/2020 | ANC | A103    Draft/revise<br>drafted supplemental discovery responses | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| 07/28/2020 | ANC | A104    Review/analyze<br>Review letter from Mike Jones re: verification | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 08/06/2020 | ANC | A104    Review/analyze<br>Reviewed and analyze Stratton's second request for production; communication with client re: same | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 08/07/2020 | ANC | A104    Review/analyze<br>Reviewed motion for protective order and had conversation with Ben about it | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 08/10/2020 | ANC | A104    Review/analyze<br>Reviewed 24 documents provided by Dan Gattis and discussed with Ben | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 08/24/2020 | ANC | A104    Review/analyze<br>Reviewed and analyzed Stratton's responses to El Campo's first request for production | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| 08/24/2020 | ANC | A104    Review/analyze<br>Review/analyze recordings. 2 El Campo and 7 Stratton recordings. There is a lot there. Spoke with Ben about it. | 6.0 | 6.0 | $750.00/Hour | | $4,500.00 |
| 08/24/2020 | ANC | A106    Communicate (with client)<br>Communicate (with client) call with Gattis re recordings | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| 08/24/2020 | ANC | A106    Communicate (with client)<br>Communicate (with client) with Powell re recordings | 0.5 | 0.5 | $750.00/Hour | | $375.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 08/28/2020 | ANC | A103    Draft/revise | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | reviewed letter to Mike Jones re: Stratton document production | | | | | |
| 09/02/2020 | ANC | RR    Receipt and Review of | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| | | Receipt and Review of audio from the Strattons | | | | | |
| 09/02/2020 | ANC | A104    Review/analyze | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed and analyzed additional documents produced by Stratton | | | | | |
| 09/03/2020 | ANC | RR    Receipt and Review of | 5.0 | 5.0 | $750.00/Hour | | $3,750.00 |
| | | Receipt and Review of audio from production. It's a lot of stuff there. Spoke with Ben about it. | | | | | |
| 09/08/2020 | ANC | A103    Draft/revise | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed El Campo's response to Stratton's second request for production | | | | | |
| 09/09/2020 | ANC | L530    Oral Argument | 0.2 | 0.2 | $750.00/Hour | | $150.00 |
| | | Oral Argument initial call with Judge Pittman | | | | | |
| 09/10/2020 | ANC | A104    Review/analyze | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Reviewed letter from Mike Jones re: missing recordings | | | | | |
| 09/10/2020 | ANC | A103    Draft/revise | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Reviewed letter to Mike Jones re: Stratton document production | | | | | |
| 09/23/2020 | ANC | RR    Receipt and Review of | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Receipt and Review of dismissal of Signor | | | | | |
| 09/25/2020 | ANC | A103    Draft/revise | 0.2 | 0.2 | $750.00/Hour | | $150.00 |
| | | Reviewed 30(b)(6) notices for Stratton entities | | | | | |
| 09/26/2020 | ANC | L330    Depositions | 5.0 | 5.0 | $750.00/Hour | | $3,750.00 |
| | | Prepare for Depositions of Strattons | | | | | |
| 09/27/2020 | ANC | L330    Depositions | 2.2 | 2.2 | $750.00/Hour | | $1,650.00 |
| | | Prepare for Depositions of Strattons | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 09/28/2020 | ANC | L120    Analysis/Strategy<br>Analysis/Strategy meet with Ben re depositions | 1.7 | 1.7 | $750.00/Hour | | $1,275.00 |
| 09/28/2020 | ANC | L330    Depositions<br>Travel from Eagle Pass to Savannah, Georgia for Stratton depositions. | 10.0 | 10.0 | $750.00/Hour | | $7,500.00 |
| 09/29/2020 | ANC | L330    Depositions<br>Prepare for Depositions meet with Ben prior to | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| 09/29/2020 | ANC | L330    Depositions<br>Attended depositions of Shannon Stratton and Daniel Stratton | 6.0 | 6.0 | $750.00/Hour | | $4,500.00 |
| 09/29/2020 | ANC | A103    Draft/revise<br>Review Draft proposed order re: extension of scheduling order deadlines | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 09/30/2020 | ANC | L330    Depositions<br>Depositions travel from Savannah to Eagle Pass | 10.0 | 10.0 | $750.00/Hour | | $7,500.00 |
| 10/08/2020 | ANC | A102    Research<br>Spoke with Ben re  potential audio experts | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 10/13/2020 | ANC | A104    Review/analyze<br>Reviewed enhanced audio clips of April 30, 2019 recording spoke with Ben about what they mean for the case | 2.8 | 2.8 | $750.00/Hour | | $2,100.00 |
| 10/13/2020 | ANC | A103    Draft/revise<br>Reviewed letter to Mike Jones re: outstanding discovery issues | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 10/14/2020 | ANC | A104    Review/analyze<br>Reviewed further audio enhancement of the end of the April 30, 2019 recording and spoke to Ben about it | 1.6 | 1.6 | $750.00/Hour | | $1,200.00 |
| 10/14/2020 | ANC | L120    Analysis/Strategy<br>Spoke to Ben about this and the criminal ramifications of bank deception if any Analyzed file for additional causes of action | 0.7 | 0.7 | $750.00/Hour | | $525.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 10/15/2020 | ANC | L210　Pleadings | 1.0 | 1.0 | $750.00/Hour | | $750.00 |
| | | Pleadings reviewed El Campo First Amend Complaint | | | | | |
| 10/16/2020 | ANC | A104　Review/analyze | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| | | Review/analyze Amended Complaint | | | | | |
| 10/19/2020 | ANC | A104　Review/analyze | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Reviewed expert report from Ryan Anderson spoke with Ben about it | | | | | |
| 10/20/2020 | ANC | A104　Review/analyze | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed letter from Mike Jones and analyzed additional document production labeled Stratton 650-Stratton 875 | | | | | |
| 10/22/2020 | ANC | A103　Draft/revise | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Reviewed objection to magistrate judge report re: motion to dismiss declaratory judgment action and researched what it means for other causes of action going forward | | | | | |
| 10/23/2020 | ANC | A104　Review/analyze | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Reviewed and analyzed Stratton 876 - Stratton 1199 | | | | | |
| 10/23/2020 | ANC | A104　Review/analyze | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Review/analyze obj to magistrate recommendation | | | | | |
| 10/27/2020 | ANC | A104　Review/analyze | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed and analyzed Stratton 1200 - Stratton 1231 | | | | | |
| 10/29/2020 | ANC | A104　Review/analyze | 1.8 | 1.8 | $750.00/Hour | | $1,350.00 |
| | | Review/analyze Stratton Depos, | | | | | |
| 10/29/2020 | ANC | A104　Review/analyze | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed and analyzed Stratton 1232 - Stratton 1261 | | | | | |
| 10/29/2020 | ANC | A103　Draft/revise | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Drafted email to Mike Jones re: outstanding discovery issues | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 11/02/2020 | ANC | A104 Review/analyze | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Reviewed and analyzed email from Mike Jones re: outstanding discovery issues | | | | | |
| 11/02/2020 | ANC | RR Receipt and Review of | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Receipt and review of email from Mike Jones re: additional depositions | | | | | |
| 11/03/2020 | ANC | A104 Review/analyze | 1.5 | 1.5 | $750.00/Hour | | $1,125.00 |
| | | Reviewed Stratton's response to objection, affidavit of Daniel Stratton, Rae Powell deposition excerpts, and Dan Gattis deposition excerpts | | | | | |
| 11/04/2020 | ANC | A104 Review/analyze | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| | | Reviewed and analyzed Stratton 1262 - Stratton 1486 | | | | | |
| 11/09/2020 | ANC | A102 Research | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| | | Researched  and made recommendations/spoke to Ben about potential accounting experts | | | | | |
| 11/17/2020 | ANC | A105 Communicate (in firm) | 1.3 | 1.3 | $750.00/Hour | | $975.00 |
| | | Communicate (in firm) Spoke with Ben re Don Southerland, provided documents for review | | | | | |
| 11/30/2020 | ANC | A104 Review/analyze | 0.8 | 0.8 | $750.00/Hour | | $600.00 |
| | | Reviewed Don Southerland's report and made myself some notes on how this will help the jury | | | | | |
| 11/30/2020 | ANC | A101 Plan and prepare for | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Reviewed and helped Prepare expert disclosures | | | | | |
| 12/01/2020 | ANC | A105 Communicate (in firm) | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Conference call with Rae Powell, Dan Gattis and Ben Gates to discuss strategy | | | | | |
| 12/02/2020 | ANC | A104 Review/analyze | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed and analyzed Stratton 1487 - Stratton 1493 | | | | | |
| 12/10/2020 | ANC | A101 Plan and prepare for | 6.2 | 6.2 | $750.00/Hour | | $4,650.00 |
| | | Prepare for depositions of Jeff Stratton and Rileigh Knight | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
| --- | --- |

| Date | Timekeeper | Code\Task\Description | | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/11/2020 | ANC | A101 | Plan and prepare for | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| | | Prepare for deposition of Jeff Stratton | | | | | | |
| 12/11/2020 | ANC | L330 | Depositions | 1.7 | 1.7 | $750.00/Hour | | $1,275.00 |
| | | Attended deposition of Jeff Stratton | | | | | | |
| 12/11/2020 | ANC | L330 | Depositions | 1.1 | 1.1 | $750.00/Hour | | $825.00 |
| | | Attended deposition of Rileigh Knight | | | | | | |
| 12/21/2020 | ANC | A104 | Review/analyze | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed documents produced by Justin Hollis made notes | | | | | | |
| 12/21/2020 | ANC | A101 | Plan and prepare for | 1.7 | 1.7 | $750.00/Hour | | $1,275.00 |
| | | Prepare for deposition of Justin Hollis | | | | | | |
| 12/22/2020 | ANC | L330 | Depositions | 0.9 | 0.9 | $750.00/Hour | | $675.00 |
| | | Attended deposition of Justin Hollis | | | | | | |
| 12/23/2020 | ANC | A103 | Draft/revise | 1.3 | 1.3 | $750.00/Hour | | $975.00 |
| | | Review answer to amended complaint in declaratory judgment action | | | | | | |
| 12/28/2020 | ANC | L210 | Pleadings | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Pleadings review answer on Dec | | | | | | |
| 12/29/2020 | ANC | A104 | Review/analyze | 0.8 | 0.8 | $750.00/Hour | | $600.00 |
| | | Review and analyze motion to exclude expert testimony and speak to Ben about it | | | | | | |
| 12/30/2020 | ANC | A103 | Draft/revise | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| | | Reviewed El Campo's second request for production to Stratton defendants | | | | | | |
| 01/04/2021 | ANC | A101 | Plan and prepare for | 1.2 | 1.2 | $750.00/Hour | | $900.00 |
| | | Plan and prepare for hearing on Motion to Remand | | | | | | |
| 01/05/2021 | ANC | A111 | Other | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Attended Zoom hearing re: motion to remand | | | | | | |
| 01/05/2021 | ANC | A102 | Research | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| | | Legal research and analysis re: grounds for admission of accounting expert testimony spoke with Ben on this | | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2021 | ANC | A104 Review/analyze<br>Review/analyze response to motion to exclude experts | 0.9 | 0.9 | $750.00/Hour | | $675.00 |
| 01/07/2021 | ANC | A104 Review/analyze<br>Reviewed and analyzed Stratton 1494 - Stratton 1505 | 0.4 | 0.4 | $750.00/Hour | | $300.00 |
| 01/08/2021 | ANC | L120 Analysis/Strategy<br>Analysis/Strategy and research on the contract and the surrounding supporting/refuting docs | 2.0 | 2.0 | $750.00/Hour | | $1,500.00 |
| 01/08/2021 | ANC | A104 Review/analyze<br>Review/analyze motion to exclude expert testimony | 1.5 | 1.5 | $750.00/Hour | | $1,125.00 |
| 01/12/2021 | ANC | A104 Review/analyze<br>Reviewed and analyzed Stratton 1506 - Stratton 1522 | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| 01/13/2021 | ANC | A104 Review/analyze<br>Reviewed Stratton's response to objection, affidavit of Daniel Reviewed Stratton reply to El Campo's response to motion to exclude expert testimony | 0.9 | 0.9 | $750.00/Hour | | $675.00 |
| 01/20/2021 | ANC | RR Receipt and Review of<br>Receipt and Review of Gattis and Powell Deposition | 1.8 | 1.8 | $750.00/Hour | | $1,350.00 |
| 01/21/2021 | ANC | A101 Plan and prepare for<br>Prepare for depos of Clardy, etc | 2.5 | 2.5 | $750.00/Hour | | $1,875.00 |
| 01/22/2021 | ANC | A104 Review/analyze<br>Reviewed and analyzed Stratton 1523 - Stratton 1558 | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 01/25/2021 | ANC | A101 Plan and prepare for<br>Plan and prepare for motion to exclude hearing | 1.0 | 1.0 | $750.00/Hour | | $750.00 |
| 01/25/2021 | ANC | A101 Plan and prepare for<br>Plan and prepare for motion to exclude testimony | 1.0 | 1.0 | $750.00/Hour | | $750.00 |
| 01/25/2021 | ANC | A101 Plan and prepare for<br>Prepared for deposition of Clardy, etc | 1.0 | 1.0 | $750.00/Hour | | $750.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\ Description | | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|---|
| 01/26/2021 | ANC | L330 | Depositions | 1.8 | 1.8 | $750.00/Hour | | $1,350.00 |
| | | Depositions attended Luke Clardy | | | | | | |
| 01/26/2021 | ANC | A109 | Appear for/attend | 0.5 | 0.5 | $750.00/Hour | | $375.00 |
| | | Appear for/attend hearing on motion to exclude | | | | | | |
| 01/26/2021 | ANC | A104 | Review/analyze | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| | | Reviewed and analyzed Stratton 1559 - Stratton 1601 | | | | | | |
| 01/27/2021 | ANC | L250 | Other Written Motions | 1.2 | 1.2 | $750.00/Hour | | $900.00 |
| | | Reviewed on El Campo's motion for summary judgment | | | | | | |
| 01/28/2021 | ANC | A104 | Review/analyze | 1.8 | 1.8 | $750.00/Hour | | $1,350.00 |
| | | Reviewed and analyzed Stratton's motion for summary judgment including pulling cases | | | | | | |
| 01/28/2021 | ANC | A104 | Review/analyze | 2.5 | 2.5 | $750.00/Hour | | $1,875.00 |
| | | Review/analyze Stratton MSJ | | | | | | |
| 01/29/2021 | ANC | A104 | Review/analyze | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| | | Reviewed and analyzed Stratton's responses to El Campo's second request for production; Stratton 1602 - Stratton 1697 | | | | | | |
| 01/29/2021 | ANC | L250 | Other Written Motions | 1.2 | 1.2 | $750.00/Hour | | $900.00 |
| | | Reviewed El Campo's motion for summary judgment | | | | | | |
| 02/10/2021 | ANC | L250 | Other Written Motions | 1.2 | 1.2 | $750.00/Hour | | $900.00 |
| | | Reviewed  El Campo's response to Stratton's motion for summary judgment | | | | | | |
| 02/11/2021 | ANC | L250 | Other Written Motions | 1.3 | 1.3 | $750.00/Hour | | $975.00 |
| | | Reviewed El Campo's response to Stratton's motion for summary judgment made some more suggestions | | | | | | |
| 02/12/2021 | ANC | A104 | Review/analyze | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| | | Reviewed and analyzed Stratton's response to El Campo's motion for summary judgment made some notes | | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 02/12/2021 | ANC | A104    Review/analyze<br>Reviewed Stratton's stipulation of dismissal of its declaratory judgment action against El Campo | 0.2 | 0.2 | $750.00/Hour | | $150.00 |
| 02/18/2021 | ANC | A104    Review/analyze<br>Reviewed and analyzed Stratton's reply to El Campo's response to its motion for summary judgment | 0.7 | 0.7 | $750.00/Hour | | $525.00 |
| 02/18/2021 | ANC | L250    Other Written Motions<br>Worked on El Campo reply to Stratton response to its motion for partial summary judgment | 1.4 | 1.4 | $750.00/Hour | | $1,050.00 |
| 02/24/2021 | ANC | L250    Other Written Motions<br>Worked on El Campo reply to Stratton response to its motion for partial summary judgment | 1.5 | 1.5 | $750.00/Hour | | $1,125.00 |
| 03/02/2021 | ANC | L330    Depositions<br>Depositions prep for John Baxter | 3.2 | 3.2 | $750.00/Hour | | $2,400.00 |
| 03/03/2021 | ANC | A104    Review/analyze<br>Reviewed Sunflower Bank's discovery responses and document production; SB_000001-SB_000884 spoke to Ben about this | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| 03/04/2021 | ANC | A109    Appear for/attend<br>Attend deposition of John Baxter | 1.5 | 1.5 | $750.00/Hour | | $1,125.00 |
| 03/29/2021 | ANC | A111    Other<br>Email correspondence with Mike Jones and Ben Gates re: possible mediation dates | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 03/30/2021 | ANC | A102    Research<br>Researched potential Dallas-based mediators spoke with Ben on this | 0.3 | 0.3 | $750.00/Hour | | $225.00 |
| 03/30/2021 | ANC | A111    Other<br>Email correspondence with Mike Jones and Ben Gates re: potential mediators | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| 04/02/2021 | ANC | A104    Review/analyze<br>Reviewed and analyzed Stratton 1698 - Stratton 1723 | 0.5 | 0.5 | $750.00/Hour | | $375.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 04/12/2021 | ANC | A111    Other | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Email correspondence with Carolina El Azar scheduling mediation with Judge Glen Ashworth on May 25, 2021 | | | | | |
| 04/28/2021 | ANC | A111    Other | 0.1 | 0.1 | $750.00/Hour | | $75.00 |
| | | Email correspondence with client re: mediation | | | | | |
| 05/13/2021 | ANC | A104    Review/analyze | 0.2 | 0.2 | $750.00/Hour | | $150.00 |
| | | Reviewed order moving trial date to September 13; communicate with client re: same | | | | | |
| 05/18/2021 | ANC | A101    Plan and prepare for | 2.3 | 2.3 | $750.00/Hour | | $1,725.00 |
| | | Plan and prepare for mediation. Reviewing packet and exhibits to provide | | | | | |
| 05/19/2021 | ANC | A111    Other | 0.6 | 0.6 | $750.00/Hour | | $450.00 |
| | | reviewed changes to confidential mediation statement | | | | | |
| 05/20/2021 | ANC | A107    Communicate (other outside counsel) | 0.2 | 0.2 | $750.00/Hour | | $150.00 |
| | | Telephone conference with Judge Ashworth re: mediation | | | | | |
| 05/24/2021 | ANC | A101    Plan and prepare for | 1.2 | 1.2 | $750.00/Hour | | $900.00 |
| | | Prepare for mediation | | | | | |
| 05/25/2021 | ANC | A109    Appear for/attend | 8.0 | 8.0 | $750.00/Hour | | $6,000.00 |
| | | Attend mediation | | | | | |
| 06/24/2021 | ANC | A104    Review/analyze | 1.2 | 1.2 | $750.00/Hour | | $900.00 |
| | | Review and analyze summary judgment report | | | | | |
| 07/14/2021 | ANC | A111    Other | 7.3 | 7.3 | $750.00/Hour | | $5,475.00 |
| | | Worked on Notice to Court including but not limited to Limines, Voir Dire, deposition clips witness lists, expert designations catch alls | | | | | |
| 07/15/2021 | ANC | A111    Other | 8.0 | 8.0 | $750.00/Hour | | $6,000.00 |
| | | Work on Notice to Court and coordinate with Ben the issues at bar with Limine and clips and review Ben's portion | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
| --- | --- |

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 07/16/2021 | ANC | A111 Other | 2.3 | 2.3 | $750.00/Hour | | $1,725.00 |
| | | Work on Notice to Court | | | | | |
| 07/28/2021 | ANC | A101 Plan and prepare for | 1.5 | 1.5 | $750.00/Hour | | $1,125.00 |
| | | Prepare for (help Ben) for Pre Trial hearing | | | | | |
| 08/06/2021 | ANC | A101 Plan and prepare for | 5.2 | 5.2 | $750.00/Hour | | $3,900.00 |
| | | Plan and prepare for direct outlines of Gattis and Powell | | | | | |
| 08/09/2021 | ANC | A104 Review/analyze | 3.0 | 3.0 | $750.00/Hour | | $2,250.00 |
| | | Review/analyze Clardy deposition and Hollis made cuts and notations | | | | | |
| 08/12/2021 | ANC | A104 Review/analyze | 2.2 | 2.2 | $750.00/Hour | | $1,650.00 |
| | | Review/analyze and made some preliminary cuts to banker's depo | | | | | |
| 08/16/2021 | ANC | A104 Review/analyze | 4.3 | 4.3 | $750.00/Hour | | $3,225.00 |
| | | Review/analyze read Strattons' depositions again and made some prelim cuts | | | | | |
| 08/17/2021 | ANC | A104 Review/analyze | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| | | Review/analyze cross of Strattons, depo cuts | | | | | |
| 08/18/2021 | ANC | A101 Plan and prepare for | 4.5 | 4.5 | $750.00/Hour | | $3,375.00 |
| | | Plan and prepare for slides and how to present documents | | | | | |
| 08/20/2021 | ANC | A101 Plan and prepare for | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| | | Plan and prepare further for cross examinations of Strattons | | | | | |
| 08/23/2021 | ANC | RR Receipt and Review of | 1.6 | 1.6 | $750.00/Hour | | $1,200.00 |
| | | Receipt and Review of Knight and Jeff Stratton Depositions | | | | | |
| 08/25/2021 | ANC | A101 Plan and prepare for | 8.3 | 8.3 | $750.00/Hour | | $6,225.00 |
| | | Plan and prepare for trial. Start building folders and preparing jury selection and arguments | | | | | |
| 08/29/2021 | ANC | A101 Plan and prepare for | 2.8 | 2.8 | $750.00/Hour | | $2,100.00 |
| | | Plan and prepare for jury selection | | | | | |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
|---|---|

| Date | Timekeeper | Code\Task\Description | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
|---|---|---|---|---|---|---|---|
| 09/01/2021 | ANC | A101    Plan and prepare for<br>Plan and prepare for jury selection including phone calls with Ben | 10.0 | 10.0 | $750.00/Hour | | $7,500.00 |
| 09/02/2021 | ANC | A111    Other<br>Travel from Eagle Pass to Austin to attend jury selection | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| 09/02/2021 | ANC | A101    Plan and prepare for<br>Prepare for Voir Dire | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| 09/03/2021 | ANC | A109    Appear for/attend<br>Appear for/attend travel back from ATX to Eagle Pass | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| 09/03/2021 | ANC | L450    Trial and Hearing Attendance<br>Trial and Hearing Attendance To Eagle Pass from Austin travel for jury selection | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| 09/03/2021 | ANC | L440    Other Trial Preparation<br>Attended jury selection | 8.0 | 8.0 | $750.00/Hour | | $6,000.00 |
| 09/04/2021 | ANC | L440    Other Trial Preparation<br>Other Trial Preparation and Support | 12.0 | 12.0 | $750.00/Hour | | $9,000.00 |
| 09/05/2021 | ANC | L440    Other Trial Preparation<br>Other Trial Preparation and Support | 9.0 | 9.0 | $750.00/Hour | | $6,750.00 |
| 09/06/2021 | ANC | A111    Other<br>Other travel from Eagle Pass to ATX for Trial | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| 09/06/2021 | ANC | L450    Trial and Hearing Attendance<br>Trial and Hearing Attendance travel to Austin from Eagle Pass for trial | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| 09/06/2021 | ANC | L440    Other Trial Preparation<br>Other Trial Preparation and Support | 11.0 | 11.0 | $750.00/Hour | | $8,250.00 |
| 09/07/2021 | ANC | L440    Other Trial Preparation<br>Other Trial Preparation and Support | 5.0 | 5.0 | $750.00/Hour | | $3,750.00 |
| 09/07/2021 | ANC | L450    Trial and Hearing Attendance<br>Trial | 8.0 | 8.0 | $750.00/Hour | | $6,000.00 |
| 09/07/2021 | ANC | L440    Other Trial Preparation<br>Other Trial Preparation and Support | 5.0 | 5.0 | $750.00/Hour | | $3,750.00 |

# Nevarez Law Group, PC
# Billable Hours Report

| Case No. 200748 | Bill To: El Campo Ventures, LLC |
| --- | --- |

| Date | Timekeeper | Code\Task\Description | | Time Spent (Hrs) | Billable Time (Hrs) | Rate | Billable | Billable Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/08/2021 | ANC | L440 | Other Trial Preparation | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| | | Other Trial Preparation and Support | | | | | | |
| 09/08/2021 | ANC | L450 | Trial and Hearing Attendance | 8.0 | 8.0 | $750.00/Hour | | $6,000.00 |
| | | Trial | | | | | | |
| 09/08/2021 | ANC | L440 | Other Trial Preparation | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| | | Other Trial Preparation and Support | | | | | | |
| 09/09/2021 | ANC | L440 | Other Trial Preparation | 2.0 | 2.0 | $750.00/Hour | | $1,500.00 |
| | | Other Trial Preparation and Support | | | | | | |
| 09/09/2021 | ANC | L450 | Trial and Hearing Attendance | 6.0 | 6.0 | $750.00/Hour | | $4,500.00 |
| | | Trial | | | | | | |
| 09/09/2021 | ANC | A111 | Other | 4.0 | 4.0 | $750.00/Hour | | $3,000.00 |
| | | Travel to Eagle Pass from Austin | | | | | | |
| 12/01/2021 | ANC | A104 | Review/analyze | 1.5 | 1.5 | $750.00/Hour | | $1,125.00 |
| | | Review/analyze and prepare for hearing on fees. Review our filing | | | | | | |
| 12/03/2021 | ANC | L450 | Trial and Hearing Attendance | 9.0 | 9.0 | $750.00/Hour | | $6,750.00 |
| | | Trial and Hearing Attendance including travel back and forth from Eagle Pass to Austin | | | | | | |
| Total Bill To: El Campo Ventures, LLC | | | | 379.3 | 379.3 | | | $284,475.00 |
| | | | | | | | | |
| Total for Case No. 200748 | | | | 379.3 | 379.3 | | | $284,475.00 |