# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EL CAMPO VENTURES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:20-cv-00560-RP |
| | § | |
| STRATTON SECURITIES, INC., | § | |
| STRATTON OILFIELD SYSTEMS | § | |
| TEXAS, LLC, DANIEL STRATTON, | § | |
| and SHANNON STRATTON, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF BEN GATES

1. My name is Ben Gates. I have personal knowledge of all facts herein, and they are all true and correct. This declaration is submitted in connection with El Campo Ventures, LLC's Supplemental Memorandum in Support of its Motion for Attorney Fees, Prejudgment Interest, Post-judgment Interest and Costs filed in the above-styled-and-numbered lawsuit.

2. I am an attorney duly licensed to practice law in the State of Texas and the State of Alabama and have practiced continuously for 14 years. A large portion of my practice has been devoted to litigation of complex business matters in state and federal court. I practice law in numerous counties and metropolitan areas in Texas, including in Travis County, Texas, and within the Western District of Texas, Austin Division (referenced herein together as

"Austin"), where this action is pending.  I am familiar with prosecuting lawsuits asserting breach of contract claims like those Plaintiff has brought in this case.  I am also familiar with the character and the amount of legal work traditionally expended in prosecuting such an action, as well as the fees normally charged.  I am further aware of the fees commonly and customarily charged in Austin, for legal services rendered in connection with such litigation.

3. Poncho Nevarez and I represent El Campo Ventures, LLC ("El Campo"), the plaintiff in the above-styled-and-numbered lawsuit.

3. The revised fee agreement with El Campo was set out in writing by letter dated February 24, 2020. Under that agreement, Poncho Nevarez and I, as El Campo's attorneys, agreed to be compensated solely in the form of a contingent fee. The contingent fee percentage was 25% of the gross sum recovered prior to the commencement of a trial, and 30% of the gross sum recovered after the commencement of a trial.  In addition, the fee agreement required El Campo's attorneys to advance all costs and expenses in this matter.   To date, Mr. Nevarez and I have advanced approximately $60,000.00 of costs and expenses on behalf of El Campo.

4. I am familiar with the average, customary and reasonable contingent fee percentages charged by attorneys with similar experience and expertise in Austin.  It is my opinion that El Campo's 30% contingent fee is at

the bottom end of the range of usual and customary contingent fees charged for similar work in Austin. Contingent fee percentages in Austin (and throughout Texas) for business cases range from 30% to 40% depending on which party pays the expenses, when the case is resolved and the dollar value of the case.  It is my opinion that our 30% contingent fee agreement with El Campo in this case is very reasonable considering the approximately $60,000.00 of costs and expenses that have been advanced by Mr. Nevarez and myself.

5. In addition, when Stratton Securities, Inc. filed its declaratory judgment action against El Campo (Case No.: 1:20-CV-00248-RP), Mr. Nevarez and I represented El Campo in that action under the same February 24, 2020 fee agreement.

6. I am also familiar with the average, customary and reasonable hourly rates charged by attorneys with similar experience and expertise in Austin.  My standard hourly billing rate is $500 per hour.  My opinion is that $500 per hour is a very reasonable hourly rate for complex commercial litigation in Austin.  When I bill by the hour, I send the client an invoice each month and receive payment within 30 days.  Typically, clients deposit an amount of money in my trust account sufficient to cover any costs or expenses associated with their legal matter.

7. Given the contingent nature of this case, it is my opinion that $500 per hour would not be a reasonable hourly rate for purposes of calculating a reasonable fee under the lodestar method in this case. Instead, it is my opinion that the loadstar should be calculated at the higher hourly rate of $750 (1.5x the normal hourly rate) to account for the risk of loss, the delay in receiving any payment for services rendered or recovery of any of the approximately $60,000.00 in fees and expenses advanced by Mr. Nevarez and I on behalf of El Campo. I do not undertake any of these risks when I bill my normal reasonable hourly rate of $500 per hour and therefore these risks justify higher hourly rate in this case.

8. My testimony herein is based on my education, skill, knowledge and experience; my review of my time records; my involvement in this case; and my knowledge of the work performed in this case.

9. In reviewing my time records in this case and in exercising my billing judgment, I would determine what I believed was reasonable given the time expended and the services I provided. In this case, I used my billing judgment to write-down time entries when I believed too much time was expended for a particular task. For purposes of calculating a reasonable attorney's fee using the loadstar method, I spent a total of 747.9 hours and it is my opinion that this amount of time was reasonably and necessarily expended

by me in this case in order to help secure a $4,095,300.00 jury verdict in favor of El Campo.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 7, 2022.

*/s/ Ben Gates*
_____
Ben Gates

**Law Office of Ben Gates, P.C.**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | REASONABLE RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/11/19 | Ben Gates | Telephone conference with Rae Powell re: El Campo-Stratton dispute | 0.6 | $750.00 | $450.00 |
| 09/12/19 | Ben Gates | Initial review of the El Campo-Stratton Securities, Inc. contract dated May 2, 2019 | 0.4 | $750.00 | $300.00 |
| 09/12/19 | Ben Gates | Initial review of lease agreement with U.S. Government | 1.0 | $750.00 | $750.00 |
| 09/12/19 | Ben Gates | Reviewed "lease like a sale" text message sent by Shannon Stratton | 0.1 | $750.00 | $75.00 |
| 09/12/19 | Ben Gates | Reviewed May 1, 2019 email sent by Shannon Stratton | 0.1 | $750.00 | $75.00 |
| 09/12/19 | Ben Gates | Reviewed ground lease and multiple amendments thereto | 0.4 | $750.00 | $300.00 |
| 09/12/19 | Ben Gates | Reviewed multiple email messages from April 26-27, 2019 re: purchase agreement | 0.2 | $750.00 | $150.00 |
| 09/12/19 | Ben Gates | Reviewed allocation of funds spreadsheet sent to El Campo | 0.2 | $750.00 | $150.00 |
| 09/12/19 | Ben Gates | Reviewed Stratton's draft of May 28, 2019 settlement agreement sent to El Campo | 0.2 | $750.00 | $150.00 |
| 09/12/19 | Ben Gates | Reviewed El Campo's settlement proposal dated August 12, 2019 | 0.2 | $750.00 | $150.00 |
| 09/12/19 | Ben Gates | Reviewed letter from Mike Jones dated August 23, 2019 outlining Stratton's legal position re: contract | 0.3 | $750.00 | $225.00 |
| 09/12/19 | Ben Gates | Conference call with Rae Powell and Dan Gattis re: deal with Stratton | 1.5 | $750.00 | $1,125.00 |
| 09/12/19 | Ben Gates | Reviewed Stratton TXSOS filings and Dimmit County tax records | 0.6 | $750.00 | $450.00 |
| 09/13/19 | Ben Gates | Analyzed Stratton's stated legal position re: contract and El Campo's contractual obligations | 1.0 | $750.00 | $750.00 |
| 09/13/19 | Ben Gates | Legal research re: contract modification to include payment for a lease transaction via "lease like a sale" text message | 2.0 | $750.00 | $1,500.00 |
| 09/16/19 | Ben Gates | Legal research re: contract's "time is of the essence" clause and legal requirements necessary to prove waiver thereof | 3.5 | $750.00 | $2,625.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/19 | Ben Gates | Reviewed May 18, 2019 text message exchange referencing conversation with Pat Rice | 0.1 | $750.00 | $75.00 |
| 09/16/19 | Ben Gates | Telephone conference with Rae Powell re: additional text messages | 0.1 | $750.00 | $75.00 |
| 09/16/19 | Ben Gates | Reviewed and analyzed purchase agreement dated April 26, 2019 | 0.4 | $750.00 | $300.00 |
| 09/17/19 | Ben Gates | Reviewed and analyzed 21 pages of additional text messages provided by Rae Powell | 1.0 | $750.00 | $750.00 |
| 09/17/19 | Ben Gates | Conference call with Rae Powell and Dan Gattis re: initial evaluation of case | 1.0 | $750.00 | $750.00 |
| 10/08/19 | Ben Gates | Travel to San Antonio from Dallas | 4.5 | $750.00 | $3,375.00 |
| 10/09/19 | Ben Gates | Travel from San Antonio to Carrizo Springs | 2.0 | $750.00 | $1,500.00 |
| 10/09/19 | Ben Gates | Meeting with Rae Powell re: Stratton matter, observed The Studios at Carrizo Springs facility, researched and collected legal and property records filed in Dimmit County | 5.0 | $750.00 | $3,750.00 |
| 10/09/19 | Ben Gates | Travel from Carrizo Springs to San Antonio | 2.0 | $750.00 | $1,500.00 |
| 10/10/19 | Ben Gates | Travel from San Antonio to Dallas | 4.5 | $750.00 | $3,375.00 |
| 10/11/19 | Ben Gates | Reviewed and analyzed audio recordings of conference calls between El Campo and Stratton provided by Rae Powell | 2.0 | $750.00 | $1,500.00 |
| 10/14/19 | Ben Gates | Legal research re: admissibility of audio recordings | 2.0 | $750.00 | $1,500.00 |
| 11/07/19 | Ben Gates | Travel to Georgetown from Dallas | 3.0 | $750.00 | $2,250.00 |
| 11/07/19 | Ben Gates | Meeting with Rae Powell and Dan Gattis to discuss strategy related to Stratton matter | 2.0 | $750.00 | $1,500.00 |
| 11/08/19 | Ben Gates | Travel from Georgetown to Dallas | 3.0 | $750.00 | $2,250.00 |
| 12/03/19 | Ben Gates | Reviewed and analyzed El Campo company agreement for purposes of determining standing | 0.5 | $750.00 | $375.00 |
| 12/11/19 | Ben Gates | Researched El Campo TXSOS filings | 0.2 | $750.00 | $150.00 |
| 12/11/19 | Ben Gates | Reviewed April 24, 2019 letter of intent signed by Shannon Stratton | 0.2 | $750.00 | $150.00 |

# Law Office of Ben Gates, P.C.

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/19 | Ben Gates | Travel to San Antonio from Dallas | 4.5 | $750.00 | $3,375.00 |
| 12/12/19 | Ben Gates | Meeting with Rae Powell re: Stratton matter | 1.5 | $750.00 | $1,125.00 |
| 12/13/19 | Ben Gates | Travel from San Antonio to Eagle Pass | 2.5 | $750.00 | $1,875.00 |
| 12/13/19 | Ben Gates | Meeting with Poncho Nevarez to discuss representation of El Campo | 3.0 | $750.00 | $2,250.00 |
| 12/13/19 | Ben Gates | Travel from Eagle Pass to Dallas | 7.0 | $750.00 | $5,250.00 |
| 12/16/19 | Ben Gates | Reviewed multiple emails between Dan Gattis and Alfred Cypress | 0.3 | $750.00 | $225.00 |
| 12/16/19 | Ben Gates | Reviewed multiple emails between Rae Powell and Mark Stanton | 0.3 | $750.00 | $225.00 |
| 12/16/19 | Ben Gates | Reviewed and analyzed both draft and final versions of May 15, 2019 lease proposal sent to Alfred Cypress | 0.3 | $750.00 | $225.00 |
| 12/16/19 | Ben Gates | Reviewed and analyzed May 16, 2019 purchase proposal sent to Alfred Cypress | 0.2 | $750.00 | $150.00 |
| 12/16/19 | Ben Gates | Reviewed May 16, 2019 email from Alfred Cypress re: call with Pat Rice | 0.1 | $750.00 | $75.00 |
| 12/16/19 | Ben Gates | Reviewed May 16, 2019 email from Pat Rice re: call on May 17, 2019 | 0.1 | $750.00 | $75.00 |
| 12/16/19 | Ben Gates | Reviewed May 16, 2019 email from Shannon Stratton to Alfred Cypress and Pat Rice | 0.1 | $750.00 | $75.00 |
| 12/16/19 | Ben Gates | Reviewed screenshot of Stratton Securities website | 0.1 | $750.00 | $75.00 |
| 12/16/19 | Ben Gates | Reviewed and analyzed news article re: The Studios at Carrizo Springs | 0.2 | $750.00 | $150.00 |
| 12/16/19 | Ben Gates | Telephone conference with Rae Powell re: documents and emails | 0.6 | $750.00 | $450.00 |
| 12/18/19 | Ben Gates | Telephone conference with Dan Gattis re: settlement discussions | 0.4 | $750.00 | $300.00 |
| 12/18/19 | Ben Gates | Reviewed July 24, 2019 email from Mike Jones re: withdrawal of $1.75 million settlement offer | 0.1 | $750.00 | $75.00 |
| 12/18/19 | Ben Gates | Reviewed August 24, 2019 email from Mike Jones re: change of deadline to accept $500K settlement offer | 0.1 | $750.00 | $75.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/20 | Ben Gates | Conference call with Rae Powell and Dan Gattis to discuss strategy related to Stratton matter | 1.0 | $750.00 | $750.00 |
| 01/13/20 | Ben Gates | Drafted El Campo fee agreement | 1.0 | $750.00 | $750.00 |
| 01/13/20 | Ben Gates | Emailed El Campo fee agreement to Rae Powell and Dan Gattis | 0.1 | $750.00 | $75.00 |
| 01/17/20 | Ben Gates | Reviewed email from Dan Gattis re: revisions to fee agreement | 0.1 | $750.00 | $75.00 |
| 01/22/20 | Ben Gates | Reviewed and revised El Campo fee agreement | 0.2 | $750.00 | $150.00 |
| 01/22/20 | Ben Gates | Emailed revised El Campo fee agreement to Rae Powell and Dan Gattis | 0.1 | $750.00 | $75.00 |
| 01/22/20 | Ben Gates | Receipt of El Campo fee agreement signed by Dan Gattis | 0.1 | $750.00 | $75.00 |
| 01/27/20 | Ben Gates | Receipt of El Campo fee agreement signed by Rae Powell | 0.1 | $750.00 | $75.00 |
| 02/18/20 | Ben Gates | Analyzed contract documents drafted by Pat Rice and sent to El Campo on May 25, 2019 | 1.0 | $750.00 | $750.00 |
| 02/18/20 | Ben Gates | Reviewed April 22, 2019 email from Shannon Stratton re: purchase option | 0.1 | $750.00 | $75.00 |
| 02/24/20 | Ben Gates | Revised El Campo fee agreement | 0.4 | $750.00 | $300.00 |
| 02/26/20 | Ben Gates | Reviewed and analyzed May 17, 2019 revised proposal sent to Pat Rice | 0.2 | $750.00 | $150.00 |
| 02/26/20 | Ben Gates | Travel from Dallas to Eagle Pass | 7.0 | $750.00 | $5,250.00 |
| 02/27/20 | Ben Gates | Meeting with Poncho Nevarez re: El Campo litigation strategy | 4.0 | $750.00 | $3,000.00 |
| 02/27/20 | Ben Gates | Travel from Eagle Pass to Carrizo Springs | 0.9 | $750.00 | $675.00 |
| 02/27/20 | Ben Gates | Researched legal and property records at Dimmit County courthouse | 0.5 | $750.00 | $375.00 |
| 02/27/20 | Ben Gates | Travel from Carrizo Springs to Dallas | 6.5 | $750.00 | $4,875.00 |
| 02/28/20 | Ben Gates | Drafted and revised demand letter to Stratton Securities | 1.0 | $750.00 | $750.00 |
| 02/28/20 | Ben Gates | Emailed demand letter to Mike Jones | 0.1 | $750.00 | $75.00 |
| 02/28/20 | Ben Gates | Emailed demand letter to client | 0.1 | $750.00 | $75.00 |
| 03/09/20 | Ben Gates | Receipt/review of Declaratory Judgment complaint filed by Stratton | 0.5 | $750.00 | $375.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/20 | Ben Gates | Telephone conference with client re: declaratory judgment lawsuit | 0.5 | $750.00 | $375.00 |
| 03/10/20 | Ben Gates | Receipt/review of news article re: lawsuit | 0.1 | $750.00 | $75.00 |
| 03/11/20 | Ben Gates | Receipt/review of email from Dan Gattis with attached summons served on El Campo | 0.1 | $750.00 | $75.00 |
| 03/12/20 | Ben Gates | Conference call with Rae Powell, Dan Gattis and Poncho Nevarez to discuss litigation strategy | 0.5 | $750.00 | $375.00 |
| 03/12/20 | Ben Gates | Started working on draft of El Campo petition | 8.0 | $750.00 | $6,000.00 |
| 03/13/20 | Ben Gates | Continued working on petition | 8.0 | $750.00 | $6,000.00 |
| 03/16/20 | Ben Gates | Telephone conference with Poncho Nevarez re: petition | 0.3 | $750.00 | $225.00 |
| 03/16/20 | Ben Gates | Continued working on El Campo petition; sent draft to Poncho Nevarez for review | 6.0 | $750.00 | $4,500.00 |
| 03/17/20 | Ben Gates | Conferred with Poncho re: revisions; analyzed client documents for petition exhibits | 2.8 | $750.00 | $2,100.00 |
| 03/20/20 | Ben Gates | Conferred with Poncho re: revised petition | 0.6 | $750.00 | $450.00 |
| 03/23/20 | Ben Gates | Conference call with client and Poncho to discuss factual allegations in petition | 0.4 | $750.00 | $300.00 |
| 03/24/20 | Ben Gates | Conferred with Poncho re: petition | 0.3 | $750.00 | $225.00 |
| 03/26/20 | Ben Gates | Telephone conference with Poncho Nevarez re: draft of petition | 0.1 | $750.00 | $75.00 |
| 03/30/20 | Ben Gates | Telephone conference with client re: declaratory judgment action | 0.5 | $750.00 | $375.00 |
| 03/30/20 | Ben Gates | Legal research and analysis re: grounds for motion to dismiss declaratory judgment action | 4.0 | $750.00 | $3,000.00 |
| 03/31/20 | Ben Gates | Telephone conference with Poncho Nevarez re: motion to dismiss | 0.4 | $750.00 | $300.00 |
| 03/31/20 | Ben Gates | Began drafting motion to dismiss | 8.0 | $750.00 | $6,000.00 |
| 04/01/20 | Ben Gates | Continued working on motion to dismiss; emailed draft to Poncho Nevarez | 7.5 | $750.00 | $5,625.00 |
| 04/01/20 | Ben Gates | Revised motion to dismiss | 0.5 | $750.00 | $375.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/15/20 | Ben Gates | Reviewed and analyzed Stratton's notice of removal, motion to transfer venue, response to motion to dismiss, and answer; telephone conference with client re: same | 1.5 | $750.00 | $1,125.00 |
| 05/05/20 | Ben Gates | Email correspondence with Mike Jones and Poncho Nevarez re: scheduling order | 0.2 | $750.00 | $150.00 |
| 05/08/20 | Ben Gates | Receipt and review of answer for Daniel Stratton and Shannon Stratton | 0.2 | $750.00 | $150.00 |
| 05/11/20 | Ben Gates | Reviewed El Campo's proposed scheduling order and Stratton's proposed revisions to same | 0.3 | $750.00 | $225.00 |
| 05/14/20 | Ben Gates | Reviewed draft of motion to remand; sent suggested revisions to Poncho | 0.7 | $750.00 | $525.00 |
| 05/15/20 | Ben Gates | Revised draft of El Campo's response to motion to transfer venue | 0.6 | $750.00 | $450.00 |
| 05/18/20 | Ben Gates | Reviewed scheduling order entered by the Court | 0.1 | $750.00 | $75.00 |
| 05/19/20 | Ben Gates | Reviewed and analyzed Stratton's first request for production; communicate with client re: same | 0.6 | $750.00 | $450.00 |
| 05/22/20 | Ben Gates | Receipt and review of Stratton disclosures, reply to motion to transfer venue and response to motion to remand | 0.4 | $750.00 | $300.00 |
| 05/22/20 | Ben Gates | Reviewed letter from Will Farrar | 0.1 | $750.00 | $75.00 |
| 06/01/20 | Ben Gates | Sent email to opposing counsel re: deposition dates | 0.1 | $750.00 | $75.00 |
| 06/02/20 | Ben Gates | Receipt and review of email from Mike Jones re: depositions | 0.1 | $750.00 | $75.00 |
| 06/02/20 | Ben Gates | Telephone conference with Poncho Nevarez re: depositions | 0.4 | $750.00 | $300.00 |
| 06/02/20 | Ben Gates | Initial conference with Will Farrar re: Stratton transaction | 1.0 | $750.00 | $750.00 |
| 06/03/20 | Ben Gates | Review and analyze Stratton's RFA and interrogatories | 0.5 | $750.00 | $375.00 |
| 06/03/20 | Ben Gates | Began reviewing and analyzing documents provided by Will Farrar re: Stratton transaction | 2.0 | $750.00 | $1,500.00 |
| 06/04/20 | Ben Gates | Continued reviewing and analyzing documents re: Stratton transaction provided by Will Farrar on 6/3/20 | 8.0 | $750.00 | $6,000.00 |
| 06/04/20 | Ben Gates | Telephone conference with client re: Signor documents | 0.6 | $750.00 | $450.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/20 | Ben Gates | Reviewed and analyzed additional electronic communications re: Stratton provided by Will Farrar | 2.0 | $750.00 | $1,500.00 |
| 06/08/20 | Ben Gates | Reviewed and analyzed government lease terms and contract change orders for purposes of calculating El Campo's benefit of the bargain damages due to Stratton's breach | 2.0 | $750.00 | $1,500.00 |
| 06/08/20 | Ben Gates | Telephone conference with client re: document production | 0.6 | $750.00 | $450.00 |
| 06/10/20 | Ben Gates | Analyzed and reviewed client documents for production | 8.0 | $750.00 | $6,000.00 |
| 06/11/20 | Ben Gates | Analyzed and reviewed client documents for production | 8.0 | $750.00 | $6,000.00 |
| 06/15/20 | Ben Gates | Telephone conference with client re: document production | 0.5 | $750.00 | $375.00 |
| 06/16/20 | Ben Gates | Analyzed and reviewed client documents for production | 8.0 | $750.00 | $6,000.00 |
| 06/17/20 | Ben Gates | Analyzed and reviewed client documents for production | 6.0 | $750.00 | $4,500.00 |
| 06/18/20 | Ben Gates | Sent email to Mike Jones re: document production via Dropbox | 0.1 | $750.00 | $75.00 |
| 06/18/20 | Ben Gates | Telephone conference with client re: document production | 1.5 | $750.00 | $1,125.00 |
| 06/18/20 | Ben Gates | Analyzed and reviewed additional client documents for production | 0.4 | $750.00 | $300.00 |
| 06/18/20 | Ben Gates | Finalized responses to RFP and documents for production; set up Dropbox link re: same | 2.0 | $750.00 | $1,500.00 |
| 06/19/20 | Ben Gates | Telephone conference with client re: request for admissions | 0.3 | $750.00 | $225.00 |
| 06/19/20 | Ben Gates | Reviewed documents related to Stratton's request for admissions and drafted El Campo's answers to same | 1.5 | $750.00 | $1,125.00 |
| 06/24/20 | Ben Gates | Review letter from Mike Jones re: redacted documents | 0.1 | $750.00 | $75.00 |
| 07/08/20 | Ben Gates | Discussion with Poncho Nevarez re: documents previously produced by Signor for purposes of drafting formal RFP | 0.2 | $750.00 | $150.00 |
| 07/08/20 | Ben Gates | Drafted request for production to Signor defendants | 1.0 | $750.00 | $750.00 |
| 07/15/20 | Ben Gates | Telephone and email communications with Mike Jones re: motion to compel | 0.2 | $750.00 | $150.00 |

## Law Office of Ben Gates, P.C.

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/20 | Ben Gates | Telephone conference with client re: interrogatory answers | 1.1 | $750.00 | $825.00 |
| 07/22/20 | Ben Gates | Drafted El Campo's interrogatory answers; emailed same to client and Poncho for review | 4.0 | $750.00 | $3,000.00 |
| 07/24/20 | Ben Gates | Finalized El Campo's first request for production to Stratton defendants; email service of same | 0.3 | $750.00 | $225.00 |
| 07/28/20 | Ben Gates | Review letter from Mike Jones re: verification of interrogatory answers | 0.1 | $750.00 | $75.00 |
| 08/05/20 | Ben Gates | Researched legal standards for verification; emailed Mike Jones *State Farm v. Lincow* case | 0.3 | $750.00 | $225.00 |
| 08/07/20 | Ben Gates | Reviewed motion for protective order; conferred with Poncho re: same | 0.4 | $750.00 | $300.00 |
| 08/24/20 | Ben Gates | Reviewed and analyzed 7 audio recordings produced by Stratton | 4.0 | $750.00 | $3,000.00 |
| 08/25/20 | Ben Gates | Reviewed and analyzed documents produced by Stratton | 8.0 | $750.00 | $6,000.00 |
| 08/26/20 | Ben Gates | Reviewed and analyzed Stratton emails and attached documents produced as native electronic files; analyzed metadata of same | 8.0 | $750.00 | $6,000.00 |
| 08/27/20 | Ben Gates | Telephone conference with client re: document production | 1.3 | $750.00 | $975.00 |
| 08/27/20 | Ben Gates | Analyzed and reviewed documents for production provided by Rae Powell | 2.0 | $750.00 | $1,500.00 |
| 08/28/20 | Ben Gates | Drafted letter to Mike Jones re: Stratton document production | 2.0 | $750.00 | $1,500.00 |
| 09/02/20 | Ben Gates | Reviewed and analyzed 17 additional audio recordings produced by Stratton | 8.0 | $750.00 | $6,000.00 |
| 09/03/20 | Ben Gates | Reviewed and analyzed emails and attached documents from the "Exported El Campo Emails" Dropbox folder that were produced as native electronic files; analyzed metadata of same | 8.0 | $750.00 | $6,000.00 |
| 09/03/20 | Ben Gates | Conferred with Poncho Nevarez re: Stratton audio recordings | 0.3 | $750.00 | $225.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/20 | Ben Gates | Continued review and analysis of "Exported El Campo Emails"; analyzed metadata of same | 7.0 | $750.00 | $5,250.00 |
| 09/08/20 | Ben Gates | Conferred with client re: document production | 0.2 | $750.00 | $150.00 |
| 09/08/20 | Ben Gates | Finalized documents for production and drafted El Campo's response to Stratton's second request for production | 1.0 | $750.00 | $750.00 |
| 09/08/20 | Ben Gates | Continued review and analysis of "Exported El Campo Emails"; analyzed metadata of same | 5.8 | $750.00 | $4,350.00 |
| 09/09/20 | Ben Gates | Attended conference call with Judge Pitman | 0.2 | $750.00 | $150.00 |
| 09/09/20 | Ben Gates | Communicate with client re: status conference | 0.2 | $750.00 | $150.00 |
| 09/09/20 | Ben Gates | Continued review and analysis of "Exported El Campo Emails"; analyzed metadata of same | 7.0 | $750.00 | $5,250.00 |
| 09/10/20 | Ben Gates | Drafted letter to Mike Jones re: missing audio recordings | 0.4 | $750.00 | $300.00 |
| 09/10/20 | Ben Gates | Finalized review and analysis of "Exported El Campo Emails"; analyzed metadata of same | 7.6 | $750.00 | $5,700.00 |
| 09/11/20 | Ben Gates | Reviewed and analyzed emails and attached documents from the Stratton "SaleEfforts" Dropbox folder that were produced as native electronic files; analyzed metadata of same | 8.0 | $750.00 | $6,000.00 |
| 09/25/20 | Ben Gates | Drafted 30(b)(6) deposition notices for Stratton entities | 1.5 | $750.00 | $1,125.00 |
| 09/26/20 | Ben Gates | Created audio clips from Stratton recordings | 8.0 | $750.00 | $6,000.00 |
| 09/27/20 | Ben Gates | Prepared for Stratton depositions | 7.0 | $750.00 | $5,250.00 |
| 09/28/20 | Ben Gates | Travel from Dallas to Savannah, Georgia for Stratton depositions | 6.0 | $750.00 | $4,500.00 |
| 09/28/20 | Ben Gates | Prepared for Stratton depositions; conferred with Poncho re: same | 3.0 | $750.00 | $2,250.00 |
| 09/29/20 | Ben Gates | Prepared for Stratton depositions; conferred with Poncho re: same | 2.0 | $750.00 | $1,500.00 |
| 09/29/20 | Ben Gates | Attended depositions of Shannon Stratton and Daniel Stratton | 6.0 | $750.00 | $4,500.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/20 | Ben Gates | Drafted proposed order re: extension of scheduling order deadlines | 0.2 | $750.00 | $150.00 |
| 09/29/20 | Ben Gates | Telephone conference with client re: Stratton depositions | 1.2 | $750.00 | $900.00 |
| 09/30/20 | Ben Gates | Travel from Savannah, Georgia to Dallas | 6.0 | $750.00 | $4,500.00 |
| 10/05/20 | Ben Gates | Travel to Austin from Dallas to attend depositons of Rae Powell and Dan Gattis | 3.5 | $750.00 | $2,625.00 |
| 10/05/20 | Ben Gates | Prepare for Powell deposition | 6.0 | $750.00 | $4,500.00 |
| 10/06/20 | Ben Gates | Prepare for Powell deposition | 1.0 | $750.00 | $750.00 |
| 10/06/20 | Ben Gates | Attended deposition of Rae Powell | 5.5 | $750.00 | $4,125.00 |
| 10/06/20 | Ben Gates | Prepare for Gattis deposition | 4.0 | $750.00 | $3,000.00 |
| 10/07/20 | Ben Gates | Prepare for Gattis deposition | 3.0 | $750.00 | $2,250.00 |
| 10/07/20 | Ben Gates | Attended deposition of Dan Gattis | 4.5 | $750.00 | $3,375.00 |
| 10/07/20 | Ben Gates | Travel from Austin to Dallas | 3.5 | $750.00 | $2,625.00 |
| 10/08/20 | Ben Gates | Researched potential audio experts; conferred with Poncho re: same | 1.5 | $750.00 | $1,125.00 |
| 10/13/20 | Ben Gates | Conferred with Poncho re: audio enhancements | 0.4 | $750.00 | $300.00 |
| 10/13/20 | Ben Gates | Drafted letter to Mike Jones re: outstanding discovery issues | 1.0 | $750.00 | $750.00 |
| 10/13/20 | Ben Gates | Analyzed file for additional factual evidence and causes of action to include in amended complaint | 5.0 | $750.00 | $3,750.00 |
| 10/14/20 | Ben Gates | Conferred with Poncho re: further audio enhancements | 0.2 | $750.00 | $150.00 |
| 10/14/20 | Ben Gates | Drafted El Campo's First Amended Complaint | 8.0 | $750.00 | $6,000.00 |
| 10/15/20 | Ben Gates | Continued working on El Campo's First Amended Complaint | 7.0 | $750.00 | $5,250.00 |
| 10/19/20 | Ben Gates | Reviewed expert witness report from Ryan Anderson; conferred with Poncho re: same | 0.5 | $750.00 | $375.00 |
| 10/22/20 | Ben Gates | Drafted objection to magistrate judge report re: motion to dismiss declaratory judgment action | 2.0 | $750.00 | $1,500.00 |
| 10/23/20 | Ben Gates | Finalized objection to magistrate judge report and attachments for filing | 0.2 | $750.00 | $150.00 |
| 11/06/20 | Ben Gates | Researched potential accounting experts | 1.0 | $750.00 | $750.00 |
| 11/09/20 | Ben Gates | Conferred with Poncho re: accounting experts | 0.3 | $750.00 | $225.00 |

# Law Office of Ben Gates, P.C.

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/17/20 | Ben Gates | Meeting with Don Southerland, provided documents for his review and analysis | 3.0 | $750.00 | $2,250.00 |
| 11/30/20 | Ben Gates | Reviewed Don Southerland's report | 0.5 | $750.00 | $375.00 |
| 12/01/20 | Ben Gates | Conference call with Rae Powell, Dan Gattis and Poncho Nevarez to discuss strategy | 0.5 | $750.00 | $375.00 |
| 12/10/20 | Ben Gates | Prepare for depositions of Jeff Stratton and Rileigh Knight | 4.0 | $750.00 | $3,000.00 |
| 12/11/20 | Ben Gates | Prepare for deposition of Jeff Stratton | 0.5 | $750.00 | $375.00 |
| 12/11/20 | Ben Gates | Attended deposition of Jeff Stratton | 1.7 | $750.00 | $1,275.00 |
| 12/11/20 | Ben Gates | Attended deposition of Rileigh Knight | 1.1 | $750.00 | $825.00 |
| 12/21/20 | Ben Gates | Reviewed documents produced by Justin Hollis | 0.2 | $750.00 | $150.00 |
| 12/21/20 | Ben Gates | Prepare for depositon of Justin Hollis | 0.5 | $750.00 | $375.00 |
| 12/22/20 | Ben Gates | Attended deposition of Justin Hollis | 0.9 | $750.00 | $675.00 |
| 12/23/20 | Ben Gates | Drafted answer to amended complaint in declaratory judgment action | 3.0 | $750.00 | $2,250.00 |
| 12/29/20 | Ben Gates | Review and analyze motion to exclude expert testimony | 0.5 | $750.00 | $375.00 |
| 12/30/20 | Ben Gates | Drafted El Campo's second request for production | 4.0 | $750.00 | $3,000.00 |
| 01/05/21 | Ben Gates | Attended Zoom hearing re: motion to remand | 0.5 | $750.00 | $375.00 |
| 01/06/21 | Ben Gates | Began working on response to motion to exclude expert testimony | 3.5 | $750.00 | $2,625.00 |
| 01/07/21 | Ben Gates | Worked on response to motion to exclude expert testimony | 7.5 | $750.00 | $5,625.00 |
| 01/08/21 | Ben Gates | Worked on response to motion to exclude expert testimony | 1.0 | $750.00 | $750.00 |
| 01/21/21 | Ben Gates | Prepared for deposition of Elsa Betancourt | 0.5 | $750.00 | $375.00 |
| 01/22/21 | Ben Gates | Attended deposition of Elsa Betancourt | 0.4 | $750.00 | $300.00 |
| 01/25/21 | Ben Gates | Prepared for Clardy deposition | 1.0 | $750.00 | $750.00 |
| 01/26/21 | Ben Gates | Attended deposition of Luke Clardy | 1.8 | $750.00 | $1,350.00 |
| 01/26/21 | Ben Gates | Attended Zoom hearing re: motion to exclude expert testimony | 0.5 | $750.00 | $375.00 |
| 01/27/21 | Ben Gates | Began working on El Campo's motion for partial summary judgment | 2.5 | $750.00 | $1,875.00 |

# Law Office of Ben Gates, P.C.

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/28/21 | Ben Gates | Reviewed and analyzed Stratton's motion for summary judgment | 1.0 | $750.00 | $750.00 |
| 01/28/21 | Ben Gates | Worked on El Campo's motion for partial summary judgment | 6.5 | $750.00 | $4,875.00 |
| 01/29/21 | Ben Gates | Worked on El Campo's motion for partial summary judgment | 9.0 | $750.00 | $6,750.00 |
| 02/10/21 | Ben Gates | Began working on El Campo's response to Stratton's motion for summary judgment | 8.0 | $750.00 | $6,000.00 |
| 02/11/21 | Ben Gates | Continued working on El Campo's response to Stratton's motion for summary judgment; filing of same | 12.0 | $750.00 | $9,000.00 |
| 02/22/21 | Ben Gates | Began working on El Campo reply to Stratton response to its motion for partial summary judgment | 8.0 | $750.00 | $6,000.00 |
| 02/23/21 | Ben Gates | Continued working on El Campo reply | 9.0 | $750.00 | $6,750.00 |
| 02/24/21 | Ben Gates | Worked on El Campo reply to Stratton response to its motion for partial summary judgment | 2.5 | $750.00 | $1,875.00 |
| 03/03/21 | Ben Gates | Analyzed Sunflower Bank's discovery responses and document production; SB_000001-SB 000884 | 5.0 | $750.00 | $3,750.00 |
| 03/03/21 | Ben Gates | Prepare for deposition of John Baxter | 3.0 | $750.00 | $2,250.00 |
| 03/04/21 | Ben Gates | Attend deposition of John Baxter | 1.5 | $750.00 | $1,125.00 |
| 03/29/21 | Ben Gates | Email correspondence with Mike Jones and Poncho Nevarez re: possible mediation dates | 0.1 | $750.00 | $75.00 |
| 03/30/21 | Ben Gates | Researched potential Dallas-based mediators | 1.0 | $750.00 | $750.00 |
| 03/30/21 | Ben Gates | Email correspondence with Mike Jones and Poncho Nevarez re: potential mediators | 0.1 | $750.00 | $75.00 |
| 05/18/21 | Ben Gates | Began working on draft of El Campo confidential mediation statement | 8.0 | $750.00 | $6,000.00 |
| 05/19/21 | Ben Gates | Continued working on El Campo mediation statement; made revisions to same and sent to Poncho for review | 3.5 | $750.00 | $2,625.00 |
| 05/20/21 | Ben Gates | Finalized and submitted confidential mediation statement | 0.3 | $750.00 | $225.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/21 | Ben Gates | Telephone conference with Judge Ashworth re: mediation statement and initial demand | 0.4 | $750.00 | $300.00 |
| 05/21/21 | Ben Gates | Telephone conference with client re: goals for mediation | 0.3 | $750.00 | $225.00 |
| 05/24/21 | Ben Gates | Telephone conference with client re: mediation strategy | 0.5 | $750.00 | $375.00 |
| 05/24/21 | Ben Gates | Prepared for mediation | 3.0 | $750.00 | $2,250.00 |
| 05/25/21 | Ben Gates | Attended mediation | 8.0 | $750.00 | $6,000.00 |
| 06/24/21 | Ben Gates | Reviewed and analyzed summary judgment recommendations | 1.0 | $750.00 | $750.00 |
| 07/13/21 | Ben Gates | Started working on Notice to Court; analyze documents for exhibit list; reviewed stipulated facts | 8.0 | $750.00 | $6,000.00 |
| 07/14/21 | Ben Gates | Work on Notice to Court; draft proposed jury instructions; communicate with client re: stipulated facts; work on deposition designations for trial | 8.0 | $750.00 | $6,000.00 |
| 07/15/21 | Ben Gates | Work on Notice to Court; continued to work on exhibits | 8.0 | $750.00 | $6,000.00 |
| 07/16/21 | Ben Gates | Work on Notice to Court; review exhibit list; review proposed jury charge; review witness list | 8.0 | $750.00 | $6,000.00 |
| 07/19/21 | Ben Gates | Reviewed questions about exhibit list from Mike Jones | 1.0 | $750.00 | $750.00 |
| 07/20/21 | Ben Gates | Analyzed Defendants' exhibit list for purposes of making objections | 4.0 | $750.00 | $3,000.00 |
| 07/21/21 | Ben Gates | Drafted amended exhibit list; began working on response to motion in limine | 8.0 | $750.00 | $6,000.00 |
| 07/22/21 | Ben Gates | Revised draft of motion in liminie; begin drafting objections to defendants exhibits | 8.0 | $750.00 | $6,000.00 |
| 07/23/21 | Ben Gates | Continued analysis of defendant's exhibits and drafted relevant objections re: hearsay | 5.0 | $750.00 | $3,750.00 |
| 07/28/21 | Ben Gates | Prepared for final pretrial conference | 2.0 | $750.00 | $1,500.00 |
| 07/28/21 | Ben Gates | Attended final pretrial conference with Judge Pitman | 1.5 | $750.00 | $1,125.00 |
| 08/19/21 | Ben Gates | Analyzed and reviewed unexpected Stratton document production | 8.0 | $750.00 | $6,000.00 |
| 08/20/21 | Ben Gates | Continued analysis and review of unexpected Stratton document production | 8.0 | $750.00 | $6,000.00 |

**Law Office of Ben Gates, P.C.**

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/21 | Ben Gates | Meeting with Don Southerland, provided new Stratton documents for purposes of preparing supplemented expert report | 2.5 | $750.00 | $1,875.00 |
| 08/27/21 | Ben Gates | Analyzed supplemented expert report of Don Southerland | 1.0 | $750.00 | $750.00 |
| 09/02/21 | Ben Gates | Travel to Austin from Dallas to attend jury trial | 3.5 | $750.00 | $2,625.00 |
| 09/02/21 | Ben Gates | Prepare for Voir Dire | 5.0 | $750.00 | $3,750.00 |
| 09/03/21 | Ben Gates | Attended jury selection | 8.0 | $750.00 | $6,000.00 |
| 09/04/21 | Ben Gates | Trial Preparation | 12.0 | $750.00 | $9,000.00 |
| 09/05/21 | Ben Gates | Trial Preparation | 14.0 | $750.00 | $10,500.00 |
| 09/06/21 | Ben Gates | Trial Preparation | 14.0 | $750.00 | $10,500.00 |
| 09/07/21 | Ben Gates | Trial Preparation | 5.0 | $750.00 | $3,750.00 |
| 09/07/21 | Ben Gates | Trial | 8.0 | $750.00 | $6,000.00 |
| 09/07/21 | Ben Gates | Trial Preparation | 4.0 | $750.00 | $3,000.00 |
| 09/08/21 | Ben Gates | Trial Preparation | 4.0 | $750.00 | $3,000.00 |
| 09/08/21 | Ben Gates | Trial | 8.0 | $750.00 | $6,000.00 |
| 09/08/21 | Ben Gates | Trial Preparation | 4.0 | $750.00 | $3,000.00 |
| 09/09/21 | Ben Gates | Trial Preparation | 2.0 | $750.00 | $1,500.00 |
| 09/09/21 | Ben Gates | Trial | 8.0 | $750.00 | $6,000.00 |
| 09/09/21 | Ben Gates | Travel to Dallas from Austin | 3.5 | $750.00 | $2,625.00 |
| 09/15/21 | Ben Gates | Researched legal authorities re: award of attorney's fees and prejudgment interest | 3.5 | $750.00 | $2,625.00 |
| 09/22/21 | Ben Gates | Continued legal research re: proof required for fee award | 1.5 | $750.00 | $1,125.00 |
| 09/27/21 | Ben Gates | Started drafting motion for attorney's fees | 8.0 | $750.00 | $6,000.00 |
| 09/28/21 | Ben Gates | Continued working on motion; made revisions and filed same | 8.0 | $750.00 | $6,000.00 |
| 10/16/21 | Ben Gates | Researched legal authorities re: future damages and prejudgment interest; requirements re: segregation of fees; Chapter 38 fee awards | 2.5 | $750.00 | $1,875.00 |
| 10/17/21 | Ben Gates | Drafted El Campo's reply | 8.0 | $750.00 | $6,000.00 |
| 12/02/21 | Ben Gates | Travel to Austin from Dallas | 3.5 | $750.00 | $2,625.00 |
| 12/03/21 | Ben Gates | Attend hearing re: attorney fees | 1.0 | $750.00 | $750.00 |
| 12/03/21 | Ben Gates | Travel to Dallas from Austin | 3.5 | $750.00 | $2,625.00 |
| 12/03/21 | Ben Gates | Sent email to Mike Jones re: settlement proposal re: fees | 0.1 | $750.00 | $75.00 |
| 01/04/22 | Ben Gates | Attended status conference via Zoom with Magistrate Judge Lane | 0.2 | $750.00 | $150.00 |
| 01/07/22 | Ben Gates | Drafted supplemental brief and prepared exhibits thereto | 8.0 | $750.00 | $6,000.00 |
| | | | **747.9** | | **$560,925.00** |