IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EL CAMPO VENTURES, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:20-CV-560-RP |
| STRATTON SECURITIES, INC., et al., | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the amended report and recommendation[1] of United States Magistrate Judge Mark Lane concerning Plaintiff El Campo Ventures, LLC's ("Plaintiff") Motion for Attorneys' Fees, Prejudgment Interest, Post-Judgment Interest and Costs, (Dkt. 113), and related briefing, (Dkts. 116, 117, 128, 129). (Am. R. & R., Dkt. 131). In addition to taking supplemental briefing, Judge Lane also had two hearings on Plaintiff's motion. (Minute Entries, Dkts. 124, 127). In his report and recommendation, Judge Lane recommends that the Court grant in part and deny in part the motion. (*Id.* at 13). Plaintiff and Defendant both timely filed objections to the report and recommendation. (Objs., Dkt. 132, 133).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because the parties timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules the parties' objections and adopts the report and recommendation as its own order.

---

[1] The amended report and recommendation corrected a typo in the post-judgment interest rate in the original report and recommendation. (Am. R. & R., Dkt. 131, at 1).

1

Accordingly, the Court **ORDERS** that the amended report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 131), is **ADOPTED**. Plaintiff's Motion for Attorneys' Fees, Prejudgment Interest, Post-Judgment Interest and Costs, (Dkt. 113), is **GRANTED IN PART** and **DENIED IN PART**.

Accordingly, the Court awards to Plaintiff:

A. Attorney's Fees in the in the amount of $358,980.00.

B. Prejudgment Interest in the amount of $369,699.00.

C. Post-Judgment Interest at the rate of 0.08%.

D. Costs in the amount of $14,472.49.

**SIGNED** on August 23, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE