**FILED**
March 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Julie Golden____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **EL CAMPO VENTURES, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Civil Action No. 1:20-CV-00560-RP |
| § | |
| **STRATTON SECURITIES, INC.,** § | |
| § | |
| § | |
| **Defendant.** § | |

### ORDER FOR WRIT OF EXECUTION AND SALE OF PROPERTY

Before the Court is Plaintiff El Campo Ventures, LLC's ("El Campo") Unopposed Motion for Writ of Execution. (Dkt. 147). The Court has considered the Motion and determined it should be GRANTED.

**IT IS ORDERED** that the Clerk of the United States District Court for the Western District of Texas shall issue a Writ of Execution for the sale of the property commonly known as The Studios at Carrizo Springs, located at 909 Munson Road, Carrizo Springs, Texas 78834 ("the "Property") and such proceeds are to be applied to the judgment rendered and registered in this cause.

**IT IS FURTHER ORDERED** that a levy of execution and the sale of the Property shall be executed and effected as follows:

a. The Clerk of the U.S. District Court for the Western District of Texas shall issue a writ of execution of which a certified copy shall be provided to the U.S. Marshals office with a copy of the form USM-285;

b. El Campo shall obtain a title report that is certified within 30 days of the proposed sale and provide a list of lienholders on the property to the U.S. Marshals who shall then forward the Notice of Levy and Notice of Sale to any such lienholder identified;

c. El Campo shall deposit with the U.S. Marshal an amount to satisfy an estimate for the services to be provided in conjunction with execution of the writ and for the sale of the Property;

d. El Campo shall indemnify the U.S. Marshal as required by the U.S. Marshal for the sale of the Property;

e. El Campo shall perform an appraisal of the Property within 30 days of seizure by the U.S. Marshals and provide a copy of the same to the U.S. Marshal;

f. El Campo shall prepare a Notice of Levy and a Notice of Sale and as applicable, coordinate with the U.S. Marshals for the mailing of same;

g. El Campo shall post such Notice of Levy and Notice of Sale in the designated area for public auctions of real property in Dimmit County, Texas, in accordance with Texas Law;

h. The U.S. Marshals shall arrange for advertisement in a newspaper of general circulation of Dimmit County, Texas to be included in the newspaper once per week for four consecutive weeks;

i. The U.S. Marshal shall sell the Property to the highest bidder at public auction accepting payment in only cash or certified funds;

j. The U.S. Marshal shall keep a record of the bidders at the sale and provide a copy of such record to El Campo; and

k. The U.S. Marshals shall tender funds received at the sale payable to the Law Office of Ben Gates, P.C. IOLTA account and return the writ to this Court with the results of such execution in accordance with Federal Law.

SIGNED on  March 10, 2023  .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE