

United States Court of Appeals
for the Fifth Circuit

**FILED**
May 16, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
DEPUTY

**A True Copy**
**Certified order issued May 16, 2023**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 22-50838

_____

El Campo Ventures, L.L.C.,

*Plaintiff—Appellee,*

versus

Stratton Securities, Incorporated,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-560 RP

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of May 16, 2023, pursuant to appellant's motion.

No. 22-50838

By: _____

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

Melissa V. Mattingly, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 16, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 22-50838   El Campo v. Stratton
                         USDC No. 1:20-CV-560

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719

cc w/encl:
    Mr. Benjamin Gates
    Mr. Michael Lamar Jones
    Mr. Jeffrey Scott Levinger
    Mr. Alfonso Nevarez Jr.