# EXHIBIT A

## Michael Jones

| | |
|---|---|
| **From:** | Ben Gates <bpg@bengatespc.com> |
| **Sent:** | Monday, May 15, 2023 9:06 AM |
| **To:** | Michael Jones |
| **Cc:** | Alfonso Nevarez |
| **Subject:** | Wiring Instructions |
| **Attachments:** | Form W-9 for Stratton Securities, Inc..pdf |

Mike,

The funds to satisfy the judgment should be wired to the Law Office of Ben Gates, P.C. IOLTA account at JP Morgan Chase Bank, NA. The routing number for wire transfers is ████████ and the account number is ████████

I calculate $6,460.41 in post-judgment interest (for 1 year and 244 days at an annual rate of .08%, compounded annually) but you may want to check my math.

The total to satisfy the existing judgment is thus $4,844,911.90.

Per our telephone conversation this morning, we will deal with the additional costs and attorney fees incurred by El Campo at a later date.

Sincerely,

**Benjamin P. Gates**

Law Office of Ben Gates, P.C.
7015 Snider Plaza, Suite 202
Dallas, Texas 75205
Phone: 214.756.6053  Fax: 214.989.7305

**CONFIDENTIAL NOTICE**: This email and any files transmitted with it are confidential and may be protected under the attorney/client privilege and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On 5/15/23, 12:29 PM, "Coastal States Bank" <WireXchange@coastalstatesbank.com <mailto:WireXchange@coastalstatesbank.com> <mailto:WireXchange@coastalstatesbank.com <mailto:WireXchange@coastalstatesbank.com>>> wrote:

Your wire transfer on 05/15/23, in the amount of $4,844,911.90, was successfully sent to Law Office of Ben Gates, P.C. IOLTA at JPMCHASE.

Contact Coastal States Bank at (843) 341-9900 if you have any questions regarding this transaction. Refer to wire sequence number  in your inquiry.

OMAD: ███████████████████
IMAD: ███████████████

-------------------------------------------------------
Wire Transfer Customers:
Coastal States Bank will make every effort to process wire requests received by 5:30 PM EST. Some request require additional approval and may be delayed. Any request received after 5:30 PM EST will be processed the following business day. Feel free to contact us should you have any questions or concerns.

This communication is intended only for the person or entity to which it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited. If you received this in error, please reply immediately and delete the material from all computers.

2

# Michael Jones

| | |
|---|---|
| **From:** | Ben Gates <bpg@bengatespc.com> |
| **Sent:** | Monday, May 15, 2023 2:05 PM |
| **To:** | Michael Jones |
| **Cc:** | Alfonso Nevarez |
| **Subject:** | Re: Outgoing Wires |

Mike,

I can see where the wire transfer is pending but it has not been posted yet.

Sincerely,
Benjamin P. Gates
Law Office of Ben Gates, P.C.
7015 Snider Plaza, Suite 202
Dallas, Texas 75205
Phone: 214.756.6053 Fax: 214.989.7305


CONFIDENTIAL NOTICE: This email and any files transmitted with it are confidential and may be protected under the attorney/client privilege and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.


On 5/15/23, 1:58 PM, "Michael Jones" <mj@michaeljoneslegal.com <mailto:mj@michaeljoneslegal.com>> wrote:

Ben:

Please confirm you received the wire, confirmation below.

Mike