UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| El Campo Ventures, LLC<br>*Plaintiff*<br><br>vs.<br><br>Stratton Securities, Inc., Stratton Oilfield Systems Texas, LLC, Daniel Stratton, Shannon Stratton<br>*Defendants*<br><br>Target Logistics Management, LLC<br>*Intervenor* | § § § § § § § CIVIL NO:<br>AU:20-CV-00560-RP |

## ORDER SETTING MOTIONS HEARING IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING IN PERSON** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, June 09, 2023 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 31st day of May, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE